# UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  TEXAS

EL PASO DIVISION

In Re. MEXICAN MANUFACTURERS INC §
§         Case No.  24-30459
§
_____ §
Debtor(s)                        §
                                           ☐ Jointly Administered

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 04/30/2024                 Petition Date: 04/16/2024

Months Pending: 0                                  Industry Classification: ☐☐☐☐

Reporting Method:            Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    5

Debtor's Full-Time Employees (as of date of order for relief):    5

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

_____
Signature of Responsible Party

6-17-2024
Date

Marcos Gutul
_____
Printed Name of Responsible Party

6968 Industrial Ave, Building D
Address
El Paso, TX  79915

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  MEXICAN MANUFACTURERS INC                          Case No.  24-30459

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $89,320 | |
| b. | Total receipts (net of transfers between accounts) | $210,323 | |
| c. | Total disbursements (net of transfers between accounts) | $255,124 | |
| d. | Cash balance end of month (a+b-c) | $44,519 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | |
| f. | Total disbursements for quarterly fee calculation (c+e) | $255,124 | |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $493,765 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯  Market ◯  Other ◯  (attach explanation)) | $257,293 |
| d | Total current assets | $230,899 |
| e. | Total assets | $1,094,366 |
| f. | Postpetition payables (excluding taxes) | $228,472 |
| g. | Postpetition payables past due (excluding taxes) | $317,312 |
| h. | Postpetition taxes payable | $8,403 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $236,875 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $2,407,374 |
| n. | Total liabilities (debt) (j+k+l+m) | $2,644,249 |
| o. | Ending equity/net worth (e-n) | $-1,549,883 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $210,323 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $367,320 | |
| c. | Gross profit (a-b) | $-156,997 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $37,794 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $6,923 | |
| h. | Interest | $447 | |
| i. | Taxes (local, state, and federal) | $1,639 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-203,800 | |

Debtor's Name  MEXICAN MANUFACTURERS INC                    Case No.  24-30459

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $400 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | MARY HERNANDEZ | Other | $0 | $0 | $400 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $400 | $0 |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | |
| c. | Postpetition employer payroll taxes accrued | $8,403 | |
| d. | Postpetition employer payroll taxes paid | $0 | |
| e. | Postpetition property taxes paid | $0 | |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have:  Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |

Debtor's Name MEXICAN MANUFACTURERS INC                    Case No. 24-30459

l.  Are you current with quarterly U.S. Trustee fees as          Yes ⦿  No ○
    set forth under 28 U.S.C. § 1930?

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | |
| h. | All other expenses | |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_____                    Marcos Guerrero
Signature of Responsible Party                Printed Name of Responsible Party

PRESIDENT                                     6-17-2024
Title                                         Date

12:54 PM

06/11/24

# Mexican Manufacturers, Inc.
## Statement of Cash Flows
### April 16 - 30, 2024

|  | Apr 16 - 30, 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -203,799.71 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Receivable | -11,326.49 |
| Inventory Asset | 17,109.24 |
| Raw Materials Inventory | 57,596.76 |
| Accounts Payable | 87,849.60 |
| Chase Credit Card | 881.20 |
| Accrued Franchise Tax | 165.00 |
| Payroll Liabilities | -133.41 |
| **Net cash provided by Operating Activities** | -51,657.81 |
| **INVESTING ACTIVITIES** | |
| Accumulated Amortization | 1,797.00 |
| Accumulated Depreciation | 5,126.00 |
| **Net cash provided by Investing Activities** | 6,923.00 |
| **FINANCING ACTIVITIES** | |
| N/P Bridgeit LLC | -67.00 |
| **Net cash provided by Financing Activities** | -67.00 |
| **Net cash increase for period** | -44,801.81 |
| **Cash at beginning of period** | 89,320.49 |
| **Cash at end of period** | 44,518.68 |

1:43 PM
06/11/24
Accrual Basis

# Mexican Manufacturers, Inc.
## Balance Sheet
### As of April 30, 2024

|  | Apr 30, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First American Bank | 43,470.29 |
| Money Market  Account | 948.39 |
| Petty Cash | 100.00 |
| **Total Checking/Savings** | 44,518.68 |
| **Accounts Receivable** | |
| Accounts Receivable | 493,764.65 |
| **Total Accounts Receivable** | 493,764.65 |
| **Other Current Assets** | |
| Raw Materials Inventory | 257,293.26 |
| **Total Other Current Assets** | 257,293.26 |
| **Total Current Assets** | 795,576.59 |
| **Fixed Assets** | |
| Accumulated Amortization | -531,860.88 |
| Accumulated Depreciation | -778,318.62 |
| Asset De-minimis Election | -50,060.37 |
| Computers | 27,049.91 |
| Customer Contracts | 504,430.46 |
| Furniture and Equipment | 874,781.69 |
| Leasehold Improvements | 21,868.25 |
| **Total Fixed Assets** | 67,890.44 |
| **Other Assets** | |
| Escrow Fees | 1,000.00 |
| Loan Fees. | 218,899.24 |
| Security Deposits Asset | 11,000.00 |
| **Total Other Assets** | 230,899.24 |
| **TOTAL ASSETS** | 1,094,366.27 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 545,783.67 |
| **Total Accounts Payable** | 545,783.67 |
| **Credit Cards** | |
| Chase Credit  Card | 24,480.26 |
| Marcos Guzman Credit Card | 44,908.32 |
| **Total Credit Cards** | 69,388.58 |
| **Other Current Liabilities** | |
| Accrued Franchise Tax | 660.00 |
| Customer Deposits | 21,074.46 |
| Direct Deposit Liabilities | 0.01 |
| Employee Bankruptcy | 955.00 |
| Loan from Marcos Guzman | 238,500.00 |
| N/P Cedar | 47,875.00 |
| Payroll Liabilities | 8,403.28 |
| **Total Other Current Liabilities** | 317,467.75 |
| **Total Current Liabilities** | 932,640.00 |

1:43 PM

06/11/24

Accrual Basis

## Mexican Manufacturers, Inc.
## Balance Sheet
### As of April 30, 2024

|  | Apr 30, 24 |
|---|---:|
| **Long Term Liabilities** | |
| N/P Bluevine Line of Credit | 167,056.91 |
| N/P Bridgeit LLC | 61,211.00 |
| N/P Cambridge Advance | 108,750.00 |
| N/P Forest Capital | 68,291.62 |
| N/P Funding Metrics | 80,850.00 |
| N/P John Martino | 1,326,744.06 |
| N/P Marcos Guzman | 100,000.00 |
| N/P Overton Funding | 25,022.00 |
| N/P Rocket Capital | 90,995.00 |
| **Total Long Term Liabilities** | 2,028,920.59 |
| **Total Liabilities** | 2,961,560.59 |
| **Equity** | |
| Additional Paid in Capital | 1,499,000.00 |
| Common Stock | 1,000.00 |
| Retained Earnings | 228,435.86 |
| Treasury Stock | -3,143,055.00 |
| Net Income | -452,575.18 |
| **Total Equity** | -1,867,194.32 |
| **TOTAL LIABILITIES & EQUITY** | 1,094,366.27 |

1:20 PM

06/11/24

Accrual Basis

# Mexican Manufacturers, Inc.
## Profit & Loss
### April 16 - 30, 2024

|  | Apr 16 - 30, 24 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sales | 196,434.11 |
| Shipping and Delivery Income | 9,311.35 |
| Warehouse Operations | 4,577.67 |
| **Total Income** | 210,323.13 |
| **Cost of Goods Sold** |  |
| **Cost of Goods Sold-Mexico** |  |
| 501-0000 GTS Sueldos y Salarios | 164,431.29 |
| 502-0000 GTS Financieros | 88.08 |
| 503-0000 GTS Administrativos | 33,370.71 |
| 504-0000 GTS Administra Soporte | 18,055.84 |
| 510-0000 GTS Fabricacion | 14,276.11 |
| 511-0000 GTS Cafeteria | 13,210.12 |
| 512-0000 GTS Enfermeria | 1,418.87 |
| 513-0000 GTS Papeleria y Utill | 658.28 |
| 514-0000 GTS Control Plagas | 0.00 |
| 515-0000 GTS Gasolina | 138.18 |
| 516-0000 GTS Mat. de Limpieza | 4,254.40 |
| 517-0000 GTS Juridicos | 411.28 |
| 518-0000 GTS  Trasporte | 31,552.29 |
| 521-0000 GTS Auto Transporte | 11,323.16 |
| 522-0000 GTS Seguridad Privada | 3,553.47 |
| 523-0000 GTS Arrendamiento | 21,503.89 |
| 524-0000 GTS Aduanales | 4,668.63 |
| 525-0000 GTS IMSS-Infoniavit-IS | 48,641.86 |
| 526-0000 GTS Deprec & Amortizac | 231.33 |
| 528-0000 GTS Comisiones | 300.24 |
| 530-0000 GTS Seguridad Medio Am | 1,636.78 |
| SFI Mexico Funding | -174,571.11 |
| Cost of Goods Sold-Mexico - Other | 1,773.72 |
| **Total Cost of Goods Sold-Mexico** | 200,927.42 |
| **Cost of Goods Sold-Mexico-IMS** | 2,414.02 |
| **Cost of Goods Sold-US Purchases** | 162,467.15 |
| **Customs-Arias** | 1,511.00 |
| **Total COGS** | 367,319.59 |
| **Gross Profit** | -156,996.46 |
| **Expense** |  |
| Accounting | 400.00 |
| Amortization Expense | 1,797.00 |
| Bank Service Charges | 396.00 |
| Computer and Internet Expenses | 568.07 |
| **Contract Labor-Warehouse** |  |
| Daniel Medina | -1,236.80 |
| **Total Contract Labor-Warehouse** | -1,236.80 |
| Contract Services | 460.00 |
| Depreciation Expense | 5,126.00 |
| Dues and Subscriptions | 115.23 |
| Equipment Lease | 718.00 |
| Inbound Freight | 7,708.20 |
| Insurance Expense | 525.94 |
| Interest Expense | 447.46 |
| Office Supplies | 144.60 |
| Osha Penalty | 333.00 |
| Outbound Freight | 5,567.43 |
| Pallet Charge | 0.00 |

1:20 PM

**Mexican Manufacturers, Inc.**

06/11/24

**Profit & Loss**

Accrual Basis

April 16 - 30, 2024

|  | Apr 16 - 30, 24 |
|---|---|
| **Payroll Expenses** | 1,505.89 |
| **Payroll Expenses-Warehouse** | 16,870.56 |
| **Repairs and Maintenance** | 529.22 |
| **Sales Taxes** | 168.14 |
| **Service Fees** | 0.00 |
| **Supplies & Equipment** | 1,718.08 |
| **Telephone Expense** | 139.35 |
| **Texas Franchise Tax** | 165.00 |
| **Travel Expense** | 465.13 |
| **US Utilities** | 2,171.75 |
| **Total Expense** | 46,803.25 |
| **Net Ordinary Income** | -203,799.71 |
| **Net Income** | -203,799.71 |

12:37 PM

06/11/24

# Mexican Manufacturers, Inc.
## A/R Aging Summary
### As of April 30, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ABSOLUTE NOISE | 0.00 | 0.00 | 5,401.20 | 0.00 | 0.00 | 5,401.20 |
| Administrative | 0.00 | 0.00 | 0.00 | 0.00 | -221.40 | -221.40 |
| American Leather , Inc. | 0.00 | 211,909.94 | 0.00 | 0.00 | 0.00 | 211,909.94 |
| B & J Rocket America Inc. | 0.00 | 59,322.85 | 0.00 | 0.00 | 0.00 | 59,322.85 |
| BOB BARKER | 755.52 | 26,276.35 | 0.00 | 0.00 | 0.00 | 27,031.87 |
| Hanes Industries. | 1,842.52 | 61,396.62 | 38,787.85 | -28.51 | 0.00 | 101,998.48 |
| ION EXCHANGE LLC | 0.00 | 360.64 | 878.26 | 0.00 | 0.00 | 1,238.90 |
| Lippert Components | 0.00 | 0.00 | 0.00 | 0.00 | -65.12 | -65.12 |
| MyDormDoc LLC | 0.00 | 4,118.71 | 0.00 | 0.00 | 0.00 | 4,118.71 |
| Phifer Wire Products | 0.00 | 0.00 | 0.00 | 0.00 | -19.43 | -19.43 |
| RAFTCOVERS | 0.00 | 113.49 | 0.00 | 0.00 | 0.00 | 113.49 |
| Ritex | 0.00 | 4,318.48 | 956.05 | 0.00 | 0.00 | 5,274.53 |
| SCREEN ASSEMBLY | 0.00 | 2,014.37 | 0.00 | 0.00 | 0.00 | 2,014.37 |
| SCREEN FAB | 0.00 | 0.00 | 0.00 | 0.00 | -199.82 | -199.82 |
| Summit Brands | 2,557.74 | 20,202.21 | 0.00 | 0.00 | 0.00 | 22,759.95 |
| Tri Tech Forensics | 0.00 | 0.00 | 0.00 | 0.00 | -1,277.84 | -1,277.84 |
| Uniform Technology | 1,568.68 | 6,669.65 | 2,281.93 | 0.00 | 0.00 | 10,520.26 |
| WTB | 0.00 | 42,694.52 | 0.00 | 0.00 | 0.00 | 42,694.52 |
| Zero Technologies, LLC | 0.00 | 2,416.80 | 0.00 | 0.00 | -1,267.61 | 1,149.19 |
| TOTAL | 6,724.46 | 441,814.63 | 48,305.29 | -28.51 | -3,051.22 | 493,764.65 |

12:34 PM

06/11/24

# Mexican Manufacturers, Inc.
## A/P Aging Summary
### As of April 30, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|--:|--:|--:|--:|--:|--:|
| A & B Labels & Printing, Inc. | 0.00 | 461.48 | 680.00 | 337.23 | 0.00 | 1,478.71 |
| Aixa Empaques de Carton, SA de CV | 2,918.02 | 1,047.48 | 4,966.50 | 2,919.50 | 0.00 | 11,851.50 |
| Arias | 564.00 | 1,790.17 | 1,207.43 | 1,908.88 | 6,786.26 | 12,256.74 |
| Axle Logistics LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,575.00 | 2,575.00 |
| Band Saw Blades Direct | 0.00 | 2,555.93 | 0.00 | 2,428.06 | 0.00 | 4,983.99 |
| BEKAERT DESLEE | 0.00 | 10,044.85 | 21,693.91 | 7,771.22 | 0.00 | 39,509.98 |
| Burnett Specialists | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 |
| CARGOBARN | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| Carpenter Co. | 0.00 | 0.00 | 0.00 | 4,959.60 | 2,645.12 | 7,604.72 |
| City of El Paso | 0.00 | 0.00 | 0.00 | 0.00 | 326.00 | 326.00 |
| CRYPTON, INC. | 0.00 | 101,368.88 | 85,004.15 | 0.00 | 23,215.69 | 209,588.72 |
| Culp Home Fashions | 0.00 | 0.00 | 9,198.66 | 0.00 | 0.00 | 9,198.66 |
| De La Paz Cleaning & Rental Services | 0.00 | 497.95 | 497.95 | 952.60 | 454.65 | 2,403.15 |
| denim | 0.00 | 0.00 | 0.00 | 0.00 | 912.00 | 912.00 |
| DIXIE SEWING MACHINE CO., INC. | 131.40 | 583.30 | 0.00 | 0.00 | 0.00 | 714.70 |
| Dorney Security Systems | 0.00 | 27.06 | 27.06 | 27.06 | 0.00 | 81.18 |
| Dunlap Industries, Inc. | 0.00 | 0.00 | 0.00 | 4,820.10 | 15,180.77 | 20,000.87 |
| Durazno Real Estate Investments | 0.00 | 834.93 | 0.00 | 0.00 | 0.00 | 834.93 |
| Echo Global Logistics Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 774.72 | 774.72 |
| Estes | 0.00 | 0.00 | 1,260.56 | 676.00 | 0.00 | 1,936.56 |
| Excel Sewing Supply | 3,725.50 | 8,478.00 | 5,239.10 | 0.00 | 0.00 | 17,442.60 |
| Fastenation Inc | 0.00 | 3,560.00 | 0.00 | 0.00 | 0.00 | 3,560.00 |
| FD. Packaging | 0.00 | 2,763.52 | 2,466.16 | 0.00 | 0.00 | 5,229.68 |
| FedEx | 0.00 | 1,079.61 | 24.08 | 300.92 | 0.00 | 1,404.61 |
| Gamer Logistics | 0.00 | 0.00 | 0.00 | 4,551.55 | 7,169.27 | 11,720.82 |
| Global Textile Alliance | 0.00 | 9,440.54 | 0.00 | 0.00 | 0.00 | 9,440.54 |
| GRAINGER | 0.00 | 1,708.27 | 0.00 | 0.00 | 0.00 | 1,708.27 |
| Gunwanti Investments LLC DBA Transex | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| HAC Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| Halco USA | 0.00 | 2,921.90 | 0.00 | 0.00 | 0.00 | 2,921.90 |
| Hanes Converting Company | 0.00 | 23,022.85 | 2,273.70 | 0.00 | 0.00 | 25,296.55 |
| KING OF FREIGHT | 0.00 | 11,475.00 | 0.00 | 0.00 | 0.00 | 11,475.00 |
| Komar Apparel Supply | 0.00 | 0.00 | 0.00 | 2,166.90 | 0.00 | 2,166.90 |
| Maintenance Unlimited, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 2,121.63 | 2,121.63 |
| MATCH FREIGHT LINES CORP. | 0.00 | 0.00 | 0.00 | 0.00 | 2,833.65 | 2,833.65 |
| NOLAN | 0.00 | 5,650.00 | 0.00 | 0.00 | 0.00 | 5,650.00 |
| Old Dominion Freight Line, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 4,815.96 | 4,815.96 |
| ORDONEZ & BALSIGER | 0.00 | 1,830.00 | 0.00 | 0.00 | 0.00 | 1,830.00 |
| ORION TRANSPORTATION | 0.00 | 0.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 |
| Pacific Upholstery Supply Co | 0.00 | 1,773.72 | 0.00 | 0.00 | 0.00 | 1,773.72 |
| Personnel Concepts | 0.00 | 0.00 | 0.00 | 574.74 | 0.00 | 574.74 |
| Precision Textiles | 0.00 | 23,568.40 | 18,923.20 | 0.00 | 0.00 | 42,491.60 |
| Protective Industrial Products, Inc | 0.00 | 718.00 | 0.00 | 0.00 | 0.00 | 718.00 |
| PROVIDENT | 0.00 | 300.00 | 750.00 | 600.00 | 900.00 | 2,550.00 |
| RMP TEMPS | 0.00 | 0.00 | 1,947.09 | 3,048.11 | 5,293.43 | 10,288.63 |
| RYAAN TRANSPORTATION | 0.00 | 0.00 | 0.00 | 0.00 | 5,630.00 | 5,630.00 |
| SAIA MOTOR FREIGHT LINE, LLC | 0.00 | 0.00 | 4,590.14 | 8,020.23 | 2,274.01 | 14,884.38 |
| Shanklin Corporation | 0.00 | 782.69 | 0.00 | 1,303.64 | 0.00 | 2,086.33 |
| Southeastern Freight Lines | 0.00 | 169.00 | 500.00 | 0.00 | 0.00 | 669.00 |
| Spectrum Business | 0.00 | 169.97 | 0.00 | 0.00 | 0.00 | 169.97 |
| Spectrum Packaging | 0.00 | 0.00 | 0.00 | 3,411.56 | 0.00 | 3,411.56 |
| Sun City Propane, LLC | 0.00 | 226.54 | 249.34 | 156.75 | 0.00 | 632.63 |
| Textape Inc. | 0.00 | 1,645.33 | 271.52 | 0.00 | 0.00 | 1,916.85 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS | 0.00 | 0.00 | 0.00 | 36.44 | 0.00 | 36.44 |
| Toshiba Financial Services | 0.00 | 637.57 | 0.00 | 370.33 | 0.00 | 1,007.90 |
| Total Quality Logistics (TQL) | 0.00 | 0.00 | 0.00 | 4,600.00 | 0.00 | 4,600.00 |
| Uline | 0.00 | 0.00 | 0.00 | 0.00 | 740.71 | 740.71 |
| Unishippers | 0.00 | 0.00 | 0.00 | 1,692.87 | 297.50 | 1,990.37 |
| US LOGISTICS | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| VANDEN BERGE LOGISTICS | 0.00 | 0.00 | 0.00 | 1,300.00 | 4,650.00 | 5,950.00 |
| **TOTAL** | **7,338.92** | **221,132.94** | **161,770.55** | **61,734.29** | **93,806.97** | **545,783.67** |

```
        MEXICAN MANUFACTURERS INC                          04/30/24
        6968 INDUSTRIAL BLVD BLDG B
        EL PASO TX  79915

                                                              0952


    25                                                    CYCLE-080
*** CHECKING *** SMART BUSINESS PREMI
ACCOUNT NUMBER       0952
PREVIOUS STATEMENT BALANCE AS OF 03/31/24 ....................    12,304.90
   PLUS    45  DEPOSITS AND OTHER CREDITS ...................   667,093.16
   LESS    78  CHECKS AND OTHER DEBITS .......................   632,617.77
CURRENT STATEMENT BALANCE AS OF 04/30/24 ....................    46,780.29
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

---

### *** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 17670 | 04/03 | 2,797.68 | 17671 | 04/08 | 5,118.55 |
| 17675* | 04/17 | 133.14 | 17676 | 04/15 | 955.00 |
| 17677 | 04/15 | 800.00 | 17678 | 04/15 | 2,500.00 |
| 17679 | 04/19 | 1,400.00 | 17680 | 04/30 | 3,844.98 |
| 17682* | 04/22 | 721.41 | 17683 | 04/19 | 1,625.00 |
| 17684 | 04/25 | 1,552.37 | 17685 | 04/24 | 2,675.05 |
| 17686 | 04/23 | 1,900.00 | | | |

---

### *** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/01 | AC-EL Paso Water    -EPWater | 791.26 | |
| 04/02 | AC-BOB BARKER INC    -PAYMENT | | 5,688.80 |
| 04/02 | AC-AMERICAN LEATHER-CASH DISB | | 26,984.98 |
| 04/02 | DEPOSIT | | 28,546.87 |
| 04/02 | AC-UPSBILLCTR    -PAYMENTLog | 161.79 | |
|       | in to the UPS Billing C | | |
| 04/03 | AC-B&J Rocket Ameri-SIGONFILE | | 41,561.71 |
| 04/03 | DEPOSIT | | 4,330.29 |
| 04/03 | AC-Cedar Advance  -7184009030 | 3,475.00 | |
| 04/03 | AC-IRS    -USATAXPYMT | 4,784.82 | |
| 04/03 | AC-ROCKETCAPITALNY -PAYMENT 60 | 5,355.00 | |
| 04/04 | AC-ZRO    -Payment | | 889.40 |
| 04/04 | AC-BOB BARKER INC    -PAYMENT | | 1,318.76 |
| 04/04 | AC-AMERICAN LEATHER-CASH DISB | | 2,208.82 |
| 04/04 | AC-CAMBRIDGE ADVANC-MEXICAN MA | | 73,600.00 |
| 04/04 | AC-Bluevine Capital-EDI PYMNTS | 2,999.28 | |
| 04/04 | AC-Bluevine Capital-EDI PYMNTS | 3,589.07 | |
| 04/04 | AC-Bluevine Capital-EDI PYMNTS | 4,294.85 | |
| 04/04 | AC-Forest Capital  -7188694400 | 6,208.34 | |
| 04/04 | AC-Bluevine Capital-EDI PYMNTS | 9,713.33 | |
| 04/04 | AC-Bluevine Capital-EDI PYMNTS | 10,419.78 | |
| 04/05 | AC-SUMMIT BRANDS    -PAYMENT | | 25,100.81 |
| 04/05 | DEPOSIT | | 33.60 |
| 04/05 | AC-TRUTEMPS INC    -CORP COLL | 1,461.60 | |
| 04/05 | AC-OVERTONFUNDING  -ACHPAYMENT | 2,499.00 | |
| 04/05 | AC-FDM001    -DEBIT | 3,675.00 | |
| 04/05 | AC-Mexican Manufact-MMI Busine | 7,596.84 | |
| 04/05 | AC-Mexican Manufact-HANES | 18,333.91 | |
| 04/05 | AC-MONEXUSA    - | 70,057.32 | |
|       | DD04O424TMP-USA-DEAL-1243352 | | |
| 04/08 | AC-EL PASO WATER UT-BILLPAY | 87.52 | |
| 04/09 | AC-BOB BARKER INC    -PAYMENT | | 2,937.22 |
| 04/09 | AC-LEE INDUSTRIES 3-AP 1ISA*00 | | 11,718.13 |
|       | *    *00* | | |
| 04/09 | DEPOSIT | | 9,500.02 |
| 04/09 | AC-UPSBILLCTR    -PAYMENTLog | 105.62 | |
|       | in to the UPS Billing C | | |

PAGE  2

MEXICAN MANUFACTURERS INC
6968 INDUSTRIAL BLVD BLDG B
EL PASO TX  79915

04/30/24

)952

25

CYCLE-080

```
*** CHECKING ACCOUNT TRANSACTIONS ***
DATE    DESCRIPTION                          DEBITS        CREDITS
04/09 AC-VERIZON WIRELESS-PAYMENTS           338.57
04/09 AC-WASTE CONNECTION-WEB_PAY            511.15
04/10 FED WIRE IN #202404100122748                        41,400.00
      ORIG-BRIDGEIT LLC
04/10 AC-Cedar Advance    -7184009030      3,475.00
04/10 AC-ROCKETCAPITALNY -PAYMENT 60       5,355.00
04/11 AC-BOB BARKER INC  -PAYMENT                          1,164.80
04/11 AC-B&J Rocket Ameri-SIGONFILE                       14,730.47
04/11 AC-AMERICAN LEATHER-CASH DISB                      128,757.09
04/11 AC-PRIORITY 1 INC  -8T0410           2,276.95
04/11 AC-BRIDGEIT        -ACHPAYMENT        4,377.00
04/11 AC-Forest Capital  -7188694400        6,208.34
04/11 AC-CAMBRIDGE ADVANC-MEXICAN MA        7,250.00
04/11 AC-Mexican Manufact-DURAZNO          28,089.45
04/12 AC-WORLD TEXTILE AN-                                39,638.29
      DEPOSITMULTIPLE INVOICES
04/12 DEPOSIT                                             1,997.44
04/12 FED WIRE OUT #202404120072237         5,524.95
      BENE-SERVICIOS DE FABRICAS INT
04/12 AC-TRUTEMPS INC     -CORP COLL          747.60
04/12 AC-INTUIT          -8004INTUIT        1,168.02
04/12 AC-OVERTONFUNDING   -ACHPAYMENT        2,499.00
04/12 AC-FDW00l          -DEBIT             3,675.00
04/12 AC-INTUIT PAYROLL S-QUICKBOOKS       12,636.65
04/12 AC-MONEXUSA         -               70,016.07
      DD041124TMP-USA-DEAL-1249563
04/15 AC-Mexican Manufact-EXCEL SEWI        4,950.41
04/15 AC-MONEXUSA         -                 6,004.20
      DD041224TMP-USA-DEAL-1251337
04/15 AC-Mexican Manufact-HALCO             7,758.14
04/15 AC-Mexican Manufact-Global Tex       14,957.71
04/15 AC-Mexican Manufact-PRECISION        21,861.00
04/16 AC-BOB BARKER INC  -PAYMENT                            85.50
04/16 DEPOSIT                                            23,729.51
04/16 STOP PAYMENT FEE                       396.00
04/16 AC-UPSBILLCTR       -PAYMENTLog         38.90
      in to the UPS Billing C
04/16 AC-BRIDGEIT        -ACHPAYMENT          67.00
04/16 AC-OSHA PENALTY COL-PAYMENT            333.00
04/16 AC-CHASE CREDIT CRD-AUTOPAYBUS       2,000.00
04/18 AC-ZRO             -Payment                          226.80
04/18 AC-INTUIT 96334205 -BILL_PAY                       1,062.40
04/18 AC-INTUIT 55086856 -BILL_PAY                       1,062.40
04/18 AC-B&J Rocket Ameri-SIGONFILE                      13,351.82
04/18 DEPOSIT                                             1,557.12
04/18 FED WIRE OUT #202404180061741        18,080.70
      BENE-SERVICIOS DE FABRICAS INT
04/18 AC-MONEXUSA         -               80,027.79
      DD041724TMP-USA-DEAL-1255523
04/19 AC-SUMMIT BRANDS    -PAYMENT                        1,106.01
04/19 AC-BOB BARKER INC  -PAYMENT                         1,786.20
04/19 AC-AMERICAN LEATHER-CASH DISB                      24,245.87
04/19 DEPOSIT                                             4,900.28
04/19 DEPOSIT                                            19,706.59
04/19 AC-Mexican Manufact-HALCO              416.83
```

```
          MEXICAN MANUFACTURERS INC                    04/30/24
          6968 INDUSTRIAL BLVD BLDG B
          EL PASO TX  79915

                                                        0952


     25                                              CYCLE-080
```

---

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 04/19 | AC-TRUTEMPS INC    -CORP COLL | 1,596.00 | |
| 04/19 | AC-IRS             -USATAXPYMT | 4,784.82 | |
| 04/22 | AC-SPECTRUM        -SPECTRUM | 169.97 | |
| 04/22 | AC-Central Insuranc-PAYMENT | 2,086.16 | |
| 04/23 | AC-BOB BARKER INC  -PAYMENT | | 2,548.26 |
| 04/23 | AC-UPSBILLCTR      -PAYMENTLog | 149.28 | |
| | in to the UPS Billing C | | |
| 04/23 | AC-MONEXUSA        - | 10,008.49 | |
| | DD042224TMP-USA-DEAL-1259448 | | |
| 04/24 | DEPOSIT | | 2,445.17 |
| 04/24 | DEPOSIT | | 4,111.47 |
| 04/25 | AC-ZRO             -Payment | | 144.20 |
| 04/25 | AC-BOB BARKER INC  -PAYMENT | | 1,850.08 |
| 04/25 | AC-B&J Rocket Ameri-SIGONFILE | | 13,073.93 |
| 04/25 | AC-TRUTEMPS INC    -CORP COLL | 1,596.00 | |
| 04/25 | AC-Mexican Manufact-BEKAERT | 13,531.97 | |
| 04/25 | AC-MONEXUSA        - | 41,007.14 | |
| | DD042424TMP-USA-DEAL-1261649 | | |
| 04/26 | AC-SUMMIT BRANDS   -PAYMENT | | 11,641.07 |
| 04/26 | AC-AMERICAN LEATHER-CASH DISB | | 51,172.99 |
| 04/26 | DEPOSIT | | 1,439.04 |
| 04/29 | AC-INTUIT PAYROLL S-QUICKBOOKS | 12,636.67 | |
| 04/30 | AC-INTUIT 80539802 -BILL_PAY | | 1,062.40 |
| 04/30 | AC-TRUTEMPS INC    -CORP PAY | | 4,428.80 |
| 04/30 | AC-BOB BARKER INC  -PAYMENT | | 4,917.97 |
| 04/30 | AC-B&J Rocket Ameri-SIGONFILE | | 13,329.78 |
| 04/30 | AC-UPSBILLCTR      -PAYMENTLog | 52.63 | |
| | in to the UPS Billing C | | |
| 04/30 | AC-EL Paso Water    -EPWater | 87.52 | |
| 04/30 | AC-TXWORKFORCECOMM -DEBIT | 133.37 | |
| 04/30 | AC-EL PASO ELECTRIC-ELECT BILL | 493.13 | |
| 04/30 | AC-EL Paso Water    -EPWater | 756.17 | |
| 04/30 | AC-TEXAS MUTUAL    -PAYMENT | 825.93 | |
| 04/30 | AC-MONEXUSA        - | 50,029.58 | |
| | DD042924TMP-USA-DEAL-1265451 | | |

```
          ------------------------------------------------
          :                      : TOTAL FOR  :   TOTAL   :
          :                      : THIS PERIOD : YEAR-TO-DATE :
          ------------------------------------------------
          : TOTAL OVERDRAFT FEES :      .00 :      .00 :
          ------------------------------------------------
          : TOTAL RETURNED ITEM FEES :      .00 :      .00 :
          ------------------------------------------------
```

---

*** BALANCE BY DATE ***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/31 | 12,304.90 | 04/01 | 11,513.64 | 04/02 | 72,572.50 | 04/03 | 102,052.00 |
| 04/04 | 142,844.33 | 04/05 | 64,355.07 | 04/08 | 59,149.00 | 04/09 | 82,349.03 |
| 04/10 | 114,919.03 | 04/11 | 211,369.65 | 04/12 | 156,738.09 | 04/15 | 96,951.63 |
| 04/16 | 117,931.74 | 04/17 | 117,798.60 | 04/18 | 36,950.65 | 04/19 | 78,872.95 |
| 04/22 | 75,895.41 | 04/23 | 66,385.90 | 04/24 | 70,267.49 | 04/25 | 27,648.22 |
| 04/26 | 91,901.32 | 04/29 | 79,264.65 | 04/30 | 46,780.29 | | |

MEXICAN MANUFACTURERS INC
6968 INDUSTRIAL BLVD BLDG B
EL PASO TX  79915

04/30/24

0952

25

CYCLE-080

SALES TAX APPLIES TO ALL FEES EXCEPT OVERDRAFT FEE. THE
TAX IS IN ADDITION TO FEE CHARGED AND APPEARS AS
SEPARATE LINE ITEM ON YOUR STATEMENT.





Paid 4/3/2024 - Check # 17670 - $2,797.68

Paid 4/3/2024 - Check # 17670 - $2,797.68





Paid 4/8/2024 - Check # 17671 - $5,118.55

Paid 4/8/2024 - Check # 17671 - $5,118.55





Paid 4/17/2024 - Check # 17675 - $133.14

Paid 4/17/2024 - Check # 17675 - $133.14





Paid 4/15/2024 - Check # 17676 - $955.00

Paid 4/15/2024 - Check # 17676 - $955.00





Paid 4/15/2024 - Check # 17677 - $800.00

Paid 4/15/2024 - Check # 17677 - $800.00





Paid 4/15/2024 - Check # 17678 - $2,500.00

Paid 4/15/2024 - Check # 17678 - $2,500.00




**Paid 4/19/2024 - Check # 17679 - $1,400.00**

**Paid 4/19/2024 - Check # 17679 - $1,400.00**




**Paid 4/30/2024 - Check # 17680 - $3,844.98**

**Paid 4/30/2024 - Check # 17680 - $3,844.98**




**Paid 4/22/2024 - Check # 17682 - $721.41**

**Paid 4/22/2024 - Check # 17682 - $721.41**



**Paid 4/19/2024 - Check # 17683 - $1,625.00**

**Paid 4/19/2024 - Check # 17683 - $1,625.00**




**Paid 4/25/2024 - Check # 17684 - $1,552.37**

**Paid 4/25/2024 - Check # 17684 - $1,552.37**




**Paid 4/24/2024 - Check # 17685 - $2,675.05**

**Paid 4/24/2024 - Check # 17685 - $2,675.05**



**Paid 4/23/2024 - Check # 17686 - $1,900.00**

**Paid 4/23/2024 - Check # 17686 - $1,900.00**



**DDA Credit - 4/2/2024**



**DDA Credit - 4/2/2024**



**DDA Credit - 4/3/2024**



**DDA Credit - 4/3/2024**



**DDA Credit - 4/5/2024**



**DDA Credit - 4/5/2024**

**DDA Credit - 4/9/2024**



**DDA Credit - 4/9/2024**

**Remote Capture Deposit**

**Remote Capture Deposit**

**DDA Credit - 4/12/2024**

**DDA Credit - 4/12/2024**



DDA Credit - 4/16/2024



DDA Credit - 4/16/2024



DDA Credit - 4/18/2024

DDA Credit - 4/18/2024

**Remote Capture Deposit**

DDA Credit - 4/19/2024

**Remote Capture Deposit**

DDA Credit - 4/19/2024

**Remote Capture Deposit**

DDA Credit - 4/19/2024

**Remote Capture Deposit**

DDA Credit - 4/19/2024



DDA Credit - 4/24/2024

DDA Credit - 4/24/2024



DDA Credit - 4/24/2024

DDA Credit - 4/24/2024

12:10 PM

05/15/24

# Mexican Manufacturers, Inc.
## Reconciliation Summary
### First American Bank, Period Ending 04/30/2024

|  | Apr 30, 24 |
|---|---|
| **Beginning Balance** | 12,304.90 |
| Cleared Transactions |  |
| Checks and Payments - 79 items | -632,617.77 |
| Deposits and Credits - 47 items | 667,093.16 |
| Total Cleared Transactions | 34,475.39 |
| **Cleared Balance** | 46,780.29 |
| Uncleared Transactions |  |
| Checks and Payments - 4 items | -3,310.00 |
| Total Uncleared Transactions | -3,310.00 |
| **Register Balance as of 04/30/2024** | 43,470.29 |
| New Transactions |  |
| Checks and Payments - 31 items | -91,817.29 |
| Deposits and Credits - 19 items | 304,701.40 |
| Total New Transactions | 212,884.11 |
| **Ending Balance** | 256,354.40 |

12:10 PM

05/15/24

# Mexican Manufacturers, Inc.
## Reconciliation Detail
### First American Bank, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 12,304.90 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 79 items** | | | | | | |
| Bill Pmt -Check | 03/29/2024 | 17671 | Band Saw Blades Di... | X | -5,118.55 | -5,118.55 |
| Bill Pmt -Check | 03/29/2024 | 17670 | FORKLIFT PARTS ... | X | -2,797.68 | -7,916.23 |
| Bill Pmt -Check | 04/01/2024 | ACH | El Paso Water Utilities | X | -791.26 | -8,707.49 |
| Check | 04/02/2024 | | United Parcel Service | X | -161.79 | -8,869.28 |
| Check | 04/03/2024 | | Rocket Capital | X | -5,355.00 | -14,224.28 |
| Liability Check | 04/03/2024 | E-pay | United States Treas... | X | -4,784.82 | -19,009.10 |
| Check | 04/03/2024 | | Cedar Advance | X | -3,475.00 | -22,484.10 |
| Check | 04/03/2024 | | Bluevine Capital | X | -2,999.28 | -25,483.38 |
| Check | 04/04/2024 | | Bluevine Capital | X | -10,419.78 | -35,903.16 |
| Check | 04/04/2024 | | Bluevine Capital | X | -9,713.33 | -45,616.49 |
| Check | 04/04/2024 | | Forest Capital | X | -6,208.34 | -51,824.83 |
| Check | 04/04/2024 | | Bluevine Capital | X | -4,294.85 | -56,119.68 |
| Check | 04/04/2024 | | Bluevine Capital | X | -3,589.07 | -59,708.75 |
| Check | 04/05/2024 | | Monex USA | X | -70,057.32 | -129,766.07 |
| Bill Pmt -Check | 04/05/2024 | ACH | Hanes Converting C... | X | -18,333.91 | -148,099.98 |
| Check | 04/05/2024 | | Mr. John Martino | X | -7,596.84 | -155,696.82 |
| Check | 04/05/2024 | | | X | -3,675.00 | -159,371.82 |
| Check | 04/05/2024 | | Overton Funding | X | -2,499.00 | -161,870.82 |
| Check | 04/05/2024 | | TruTemps | X | -1,461.60 | -163,332.42 |
| Liability Check | 04/05/2024 | 17676 | Stuart C. Cox | X | -955.00 | -164,287.42 |
| Bill Pmt -Check | 04/05/2024 | 17677 | KING OF FREIGHT | X | -800.00 | -165,087.42 |
| Bill Pmt -Check | 04/05/2024 | 17675 | Crowl Marketing | X | -133.14 | -165,220.56 |
| Bill Pmt -Check | 04/08/2024 | ACH | El Paso Water Utilities | X | -87.52 | -165,308.08 |
| Check | 04/09/2024 | | Waste Connection | X | -511.15 | -165,819.23 |
| Check | 04/09/2024 | | Verizon Wireless | X | -338.57 | -166,157.80 |
| Check | 04/09/2024 | | United Parcel Service | X | -105.62 | -166,263.42 |
| Check | 04/10/2024 | | Rocket Capital | X | -5,355.00 | -171,618.42 |
| Check | 04/10/2024 | | Cedar Advance | X | -3,475.00 | -175,093.42 |
| Bill Pmt -Check | 04/11/2024 | ACH | Durazno Real Estate... | X | -28,089.45 | -203,182.87 |
| Check | 04/11/2024 | | Cambridge Advance | X | -7,250.00 | -210,432.87 |
| Check | 04/11/2024 | | Forest Capital | X | -6,208.34 | -216,641.21 |
| Check | 04/11/2024 | | Bridgett | X | -4,377.00 | -221,018.21 |
| Bill Pmt -Check | 04/11/2024 | | Priority 1 | X | -2,041.91 | -223,060.12 |
| Check | 04/11/2024 | | Priority 1 | X | -235.04 | -223,295.16 |
| Check | 04/12/2024 | | Monex USA | X | -70,016.07 | -293,311.23 |
| Liability Check | 04/12/2024 | | QuickBooks Payroll ... | X | -12,636.65 | -305,947.88 |
| Check | 04/12/2024 | | Monex USA | X | -6,004.20 | -311,952.08 |
| Check | 04/12/2024 | | Servicios De Fabricas | X | -5,524.95 | -317,477.03 |
| Bill Pmt -Check | 04/12/2024 | 17680 | FD. Packaging | X | -3,844.98 | -321,322.01 |
| Check | 04/12/2024 | | | X | -3,675.00 | -324,997.01 |
| Check | 04/12/2024 | 17678 | Marcos Guzman. | X | -2,500.00 | -327,497.01 |
| Check | 04/12/2024 | | Overton Funding | X | -2,499.00 | -329,996.01 |
| Bill Pmt -Check | 04/12/2024 | 17683 | KING OF FREIGHT | X | -1,625.00 | -331,621.01 |
| Bill Pmt -Check | 04/12/2024 | 17679 | Protective Industrial ... | X | -1,400.00 | -333,021.01 |
| Check | 04/12/2024 | | INTUIT | X | -1,168.02 | -334,189.03 |
| Check | 04/12/2024 | | TruTemps | X | -747.60 | -334,936.63 |
| Bill Pmt -Check | 04/12/2024 | 17682 | Averitt Express Inc. | X | -721.41 | -335,658.04 |
| Bill Pmt -Check | 04/15/2024 | ACH | Precision Textiles | X | -21,861.00 | -357,519.04 |
| Bill Pmt -Check | 04/15/2024 | ACH | Global Textile Alliance | X | -14,957.71 | -372,476.75 |
| Bill Pmt -Check | 04/15/2024 | ACH | Halco USA | X | -7,758.14 | -380,234.89 |
| Bill Pmt -Check | 04/15/2024 | ACH | Excel Sewing Supply | X | -4,950.41 | -385,185.30 |
| Check | 04/16/2024 | | Chase Card Services | X | -2,000.00 | -387,185.30 |
| Check | 04/16/2024 | | Stop Payment Fee | X | -396.00 | -387,581.30 |
| Check | 04/16/2024 | | OSHA | X | -333.00 | -387,914.30 |
| Check | 04/16/2024 | | Bridgett | X | -67.00 | -387,981.30 |
| Check | 04/16/2024 | | United Parcel Service | X | -38.90 | -388,020.20 |
| Check | 04/18/2024 | | Monex USA | X | -80,027.79 | -468,047.99 |
| Check | 04/18/2024 | | Servicios De Fabricas | X | -18,080.70 | -486,128.69 |
| Bill Pmt -Check | 04/18/2024 | 17685 | Textape Inc. | X | -2,675.05 | -488,803.74 |
| Bill Pmt -Check | 04/18/2024 | 17684 | DIXIE SEWING MA... | X | -1,552.37 | -490,356.11 |
| Liability Check | 04/19/2024 | E-pay | United States Treas... | X | -4,784.82 | -495,140.93 |
| Bill Pmt -Check | 04/19/2024 | 17686 | KING OF FREIGHT | X | -1,900.00 | -497,040.93 |
| Check | 04/19/2024 | | TruTemps | X | -1,596.00 | -498,636.93 |
| Bill Pmt -Check | 04/19/2024 | ACH | Halco USA | X | -416.83 | -499,053.76 |
| Bill Pmt -Check | 04/19/2024 | | Spectrum Business | X | -169.97 | -499,223.73 |

Page 1

12:10 PM

05/15/24

**Mexican Manufacturers, Inc.**
**Reconciliation Detail**
First American Bank, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 04/22/2024 | | Central Insurance C... | X | -2,086.16 | -501,309.89 |
| Check | 04/22/2024 | | United Parcel Service | X | -149.28 | -501,459.17 |
| Check | 04/23/2024 | | Monex USA | X | -10,008.49 | -511,467.66 |
| Check | 04/25/2024 | | Monex USA | X | -41,007.14 | -552,474.80 |
| Bill Pmt -Check | 04/25/2024 | ACH | BEKAERT DESLEE | X | -13,531.97 | -566,006.77 |
| Check | 04/25/2024 | | TruTemps | X | -1,596.00 | -567,602.77 |
| Liability Check | 04/29/2024 | | QuickBooks Payroll ... | X | -12,636.67 | -580,239.44 |
| Bill Pmt -Check | 04/29/2024 | ACH | Texas Mutual Ins Co | X | -825.93 | -581,065.37 |
| Check | 04/30/2024 | | Monex USA | X | -50,029.58 | -631,094.95 |
| Check | 04/30/2024 | | El Paso Water Utilities | X | -756.17 | -631,851.12 |
| Check | 04/30/2024 | | El Paso Electric | X | -493.13 | -632,344.25 |
| Liability Check | 04/30/2024 | E-pay | Texas Workforce Co... | X | -133.37 | -632,477.62 |
| Check | 04/30/2024 | | El Paso Water Utilities | X | -87.52 | -632,565.14 |
| Check | 04/30/2024 | | United Parcel Service | X | -52.63 | -632,617.77 |
| | | | **Total Checks and Payments** | | -632,617.77 | -632,617.77 |
| | | | **Deposits and Credits - 47 items** | | | |
| Deposit | 04/02/2024 | | | X | 28,546.87 | 28,546.87 |
| Deposit | 04/02/2024 | | | X | 32,673.78 | 61,220.65 |
| Deposit | 04/03/2024 | | | X | 4,330.29 | 65,550.94 |
| Deposit | 04/03/2024 | | | X | 41,561.71 | 107,112.65 |
| Deposit | 04/04/2024 | | | X | 889.40 | 108,002.05 |
| Deposit | 04/04/2024 | | | X | 3,527.58 | 111,529.63 |
| Deposit | 04/04/2024 | | | X | 73,600.00 | 185,129.63 |
| Deposit | 04/05/2024 | | | X | 33.60 | 185,163.23 |
| Deposit | 04/05/2024 | | | X | 25,100.81 | 210,264.04 |
| Deposit | 04/09/2024 | | | X | 2,937.22 | 213,201.26 |
| Deposit | 04/09/2024 | | | X | 9,500.02 | 222,701.28 |
| Deposit | 04/09/2024 | | | X | 11,718.13 | 234,419.41 |
| Deposit | 04/10/2024 | | | X | 41,400.00 | 275,819.41 |
| Deposit | 04/11/2024 | | | X | 1,164.80 | 276,984.21 |
| Deposit | 04/11/2024 | | | X | 143,487.56 | 420,471.77 |
| Bill Pmt -Check | 04/12/2024 | 17681 | Excel Sewing Supply | X | 0.00 | 420,471.77 |
| Deposit | 04/12/2024 | | | X | 1,997.44 | 422,469.21 |
| Deposit | 04/12/2024 | | | X | 39,638.29 | 462,107.50 |
| Paycheck | 04/15/2024 | DD2470 | Gonzalez, Jorge A | X | 0.00 | 462,107.50 |
| Paycheck | 04/15/2024 | DD2472 | Caballero, Carlos R | X | 0.00 | 462,107.50 |
| Paycheck | 04/15/2024 | DD2471 | Vasquez, Alex | X | 0.00 | 462,107.50 |
| Paycheck | 04/15/2024 | DD2474 | Herrera, Vanessa | X | 0.00 | 462,107.50 |
| Paycheck | 04/15/2024 | DD2473 | Guzman, Marcos | X | 0.00 | 462,107.50 |
| Deposit | 04/16/2024 | | | X | 85.50 | 462,193.00 |
| Deposit | 04/16/2024 | | | X | 23,729.51 | 485,922.51 |
| Deposit | 04/18/2024 | | | X | 1,557.12 | 487,479.63 |
| Deposit | 04/18/2024 | | | X | 2,124.80 | 489,604.43 |
| Deposit | 04/18/2024 | | | X | 13,578.62 | 503,183.05 |
| Deposit | 04/19/2024 | | | X | 1,106.01 | 504,289.06 |
| Deposit | 04/19/2024 | | | X | 1,786.20 | 506,075.26 |
| Deposit | 04/19/2024 | | | X | 4,900.28 | 510,975.54 |
| Deposit | 04/19/2024 | | | X | 19,706.59 | 530,682.13 |
| Deposit | 04/19/2024 | | | X | 24,245.87 | 554,928.00 |
| Deposit | 04/23/2024 | | | X | 2,548.26 | 557,476.26 |
| Deposit | 04/24/2024 | | | X | 6,556.64 | 564,032.90 |
| Deposit | 04/25/2024 | | | X | 15,068.21 | 579,101.11 |
| Deposit | 04/26/2024 | | | X | 1,439.04 | 580,540.15 |
| Deposit | 04/26/2024 | | | X | 11,641.07 | 592,181.22 |
| Deposit | 04/26/2024 | | | X | 51,172.99 | 643,354.21 |
| Paycheck | 04/30/2024 | DD2475 | Gonzalez, Jorge A | X | 0.00 | 643,354.21 |
| Paycheck | 04/30/2024 | DD2476 | Vasquez, Alex | X | 0.00 | 643,354.21 |
| Paycheck | 04/30/2024 | DD2477 | Caballero, Carlos R | X | 0.00 | 643,354.21 |
| Paycheck | 04/30/2024 | DD2478 | Guzman, Marcos | X | 0.00 | 643,354.21 |
| Paycheck | 04/30/2024 | DD2479 | Herrera, Vanessa | X | 0.00 | 643,354.21 |
| Deposit | 04/30/2024 | | | X | 4,428.80 | 647,783.01 |

12:10 PM

05/15/24

# Mexican Manufacturers, Inc.
## Reconciliation Detail
### First American Bank, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 04/30/2024 | | | X | 4,917.97 | 652,700.98 |
| Deposit | 04/30/2024 | | | X | 14,392.18 | 667,093.16 |
| **Total Deposits and Credits** | | | | | 667,093.16 | 667,093.16 |
| **Total Cleared Transactions** | | | | | 34,475.39 | 34,475.39 |
| **Cleared Balance** | | | | | 34,475.39 | 46,780.29 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Liability Check | 03/20/2024 | 17668 | Stuart C. Cox | | -955.00 | -955.00 |
| Liability Check | 04/22/2024 | 17689 | Stuart C. Cox | | -955.00 | -1,910.00 |
| Bill Pmt -Check | 04/29/2024 | 17688 | KING OF FREIGHT | | -1,000.00 | -2,910.00 |
| Bill Pmt -Check | 04/29/2024 | 17687 | Mary Hernandez | | -400.00 | -3,310.00 |
| **Total Checks and Payments** | | | | | -3,310.00 | -3,310.00 |
| **Total Uncleared Transactions** | | | | | -3,310.00 | -3,310.00 |
| **Register Balance as of 04/30/2024** | | | | | 31,165.39 | 43,470.29 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 31 items** | | | | | | |
| Bill Pmt -Check | 05/01/2024 | ACH | Komar Apparel Supply | | -2,166.90 | -2,166.90 |
| Bill Pmt -Check | 05/01/2024 | 17691 | ORDONEZ & BALSI... | | -1,830.00 | -3,996.90 |
| Bill Pmt -Check | 05/01/2024 | 17690 | PROVIDENT | | -1,200.00 | -5,196.90 |
| Bill Pmt -Check | 05/01/2024 | 17693 | KING OF FREIGHT | | -1,100.00 | -6,296.90 |
| Bill Pmt -Check | 05/01/2024 | ACH | Toshiba Financial S... | | -503.95 | -6,800.85 |
| Bill Pmt -Check | 05/01/2024 | 17692 | Sun City Propane, L... | | -501.03 | -7,301.88 |
| Bill Pmt -Check | 05/01/2024 | ACH | FedEx | | -153.19 | -7,455.07 |
| Bill Pmt -Check | 05/01/2024 | ACH | FedEx | | -147.73 | -7,602.80 |
| Bill Pmt -Check | 05/01/2024 | ACH | FedEx | | -135.85 | -7,738.65 |
| Bill Pmt -Check | 05/01/2024 | ACH | Dorney Security Sys... | | -81.18 | -7,819.83 |
| Bill Pmt -Check | 05/01/2024 | ACH | FedEx | | -12.26 | -7,832.09 |
| Bill Pmt -Check | 05/01/2024 | ACH | FedEx | | -11.82 | -7,843.91 |
| Bill Pmt -Check | 05/02/2024 | ACH | City of El Paso | | -326.00 | -8,169.91 |
| Liability Check | 05/03/2024 | E-pay | United States Treas... | | -4,784.78 | -12,954.69 |
| Bill Pmt -Check | 05/07/2024 | ACH | Durazno Real Estate... | | -27,834.93 | -40,789.62 |
| Bill Pmt -Check | 05/07/2024 | ACH | BEKAERT DESLEE | | -7,771.22 | -48,560.84 |
| Liability Check | 05/07/2024 | 17695 | Stuart C. Cox | | -955.00 | -49,515.84 |
| Bill Pmt -Check | 05/07/2024 | 17694 | Freight Pro Transport | | -100.00 | -49,615.84 |
| Bill Pmt -Check | 05/08/2024 | 17700 | Arias | | -11,692.74 | -61,308.58 |
| Bill Pmt -Check | 05/08/2024 | 17697 | FD. Packaging | | -2,764.96 | -64,073.54 |
| Bill Pmt -Check | 05/08/2024 | 17696 | KING OF FREIGHT | | -2,500.00 | -66,573.54 |
| Bill Pmt -Check | 05/08/2024 | 17699 | A & B Labels & Print... | | -1,223.71 | -67,797.25 |
| Bill Pmt -Check | 05/08/2024 | ACH | FedEx | | -817.14 | -68,614.39 |
| Bill Pmt -Check | 05/08/2024 | 17698 | DIXIE SEWING MA... | | -310.80 | -68,925.19 |
| Bill Pmt -Check | 05/10/2024 | 17701 | Textape Inc. | | -271.52 | -69,196.71 |
| Liability Check | 05/14/2024 | | QuickBooks Payroll ... | | -13,677.94 | -82,874.65 |
| Bill Pmt -Check | 05/14/2024 | 17702 | Freight Pro Transport | | -100.00 | -82,974.65 |
| Check | 05/15/2024 | 17703 | Marcos Guzman. | | -2,500.00 | -85,474.65 |
| Liability Check | 05/21/2024 | E-pay | United States Treas... | | -5,135.64 | -90,610.29 |
| Liability Check | 05/22/2024 | To Print | Stuart C. Cox | | -955.00 | -91,565.29 |
| Liability Check | 05/31/2024 | E-pay | United States Treas... | | -252.00 | -91,817.29 |
| **Total Checks and Payments** | | | | | -91,817.29 | -91,817.29 |

## Mexican Manufacturers, Inc.
## Reconciliation Detail
### First American Bank, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 19 Items** | | | | | | |
| Deposit | 05/01/2024 | | | | 113.49 | 113.49 |
| Deposit | 05/01/2024 | | | | 32,025.47 | 32,138.96 |
| Deposit | 05/02/2024 | | | | 3,973.84 | 36,112.80 |
| Deposit | 05/03/2024 | | | | 1,834.31 | 37,947.11 |
| Deposit | 05/03/2024 | | | | 8,940.52 | 46,887.63 |
| Deposit | 05/03/2024 | | | | 86,180.44 | 133,068.07 |
| Deposit | 05/06/2024 | | | | 3,649.02 | 136,717.09 |
| Deposit | 05/06/2024 | | | | 42,880.10 | 179,597.19 |
| Deposit | 05/07/2024 | | | | 5,365.58 | 184,962.77 |
| Deposit | 05/07/2024 | | | | 27,751.97 | 212,714.74 |
| Deposit | 05/08/2024 | | | | 871.95 | 213,586.69 |
| Deposit | 05/09/2024 | | | | 325.30 | 213,911.99 |
| Deposit | 05/10/2024 | | | | 1,418.32 | 215,330.31 |
| Deposit | 05/10/2024 | | | | 36,919.36 | 252,249.67 |
| Deposit | 05/13/2024 | | | | 2,651.73 | 254,901.40 |
| Deposit | 05/13/2024 | | | | 16,008.25 | 270,909.65 |
| Deposit | 05/14/2024 | | | | 13,202.32 | 284,111.97 |
| Deposit | 05/14/2024 | | | | 15,719.07 | 299,831.04 |
| Deposit | 05/15/2024 | | | | 4,870.36 | 304,701.40 |
| **Total Deposits and Credits** | | | | | 304,701.40 | 304,701.40 |
| **Total New Transactions** | | | | | 212,884.11 | 212,884.11 |
| **Ending Balance** | | | | | 244,049.50 | 256,354.40 |



**FIRST**AMERICAN**BANK**
*Your Community Bank Since 1903*
PO Box AA • Artesia, NM 88211-7526

| Main Customer Number: | ******0342 |
| Statement Date: | 04/30/24 |
| Items Enclosed: | 0 |
| Page : | 1 |
| Cycle: | 30 |

00003222 TFBS9818050124155046 1 000000000 9653 3
MEXICAN MANUFACTURERS INC
6968 INDUSTRIAL BLVD BLDG B
EL PASO TX  79915

### Customer Service Information

Customer Care: 800-289-6140
FIRST Line Telephone Banking:
888-746-8300 or 575-746-8056
Lost or Stolen Card: 800-383-8000
Email Inquiries: support@firstamb.com
Visit Us Online: www.firstamericanbanknm.com
Written Inquiries:
P O Box AA, Artesia, NM 88211-7526

---

| A-1 MF EL PASO | Account Number: | ******0342 |

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/31/24** | $948.39 |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 04/30/24** | $948.39 |
| Service Charges for Period | $0.00 |
| Number of Days in Statement Period | 30 |
| **Items Enclosed** | 0 |

# Bank by Phone 24/7 with FIRSTLine Banking
# Call 888.746.8300

Access information about your accounts, at any time, from any telephone.

· Check account balances
· Verify cleared checks and deposits
· Transfer funds between your First American Bank accounts
  and much more.

Member FDIC

1:49 PM

06/11/24

# Mexican Manufacturers, Inc.
## Reconciliation Detail
Money Market  Account, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 948.39 |
| Cleared Balance | | | | | | 948.39 |
| Register Balance as of 04/30/2024 | | | | | | 948.39 |
| **Ending Balance** | | | | | | **948.39** |

Page 1