# UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  TEXAS

EL PASO DIVISION

In Re. MEXICAN MANUFACTURERS INC

§
§
§
§
§

Debtor(s)

Case No.  24-30459

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2024

Petition Date: 04/16/2024

Months Pending: 3

Industry Classification: ☐ ☐ ☐ ☐

Reporting Method:        Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):        5

Debtor's Full-Time Employees (as of date of order for relief):        5

## Supporting  Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party

Date 7-18-2024

Printed Name of Responsible Party  Marcos Guevon

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)        1

Debtor's Name MEXICAN MANUFACTURERS INC

Case No. 24-30459

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $5,618 | |
| b. | Total receipts (net of transfers between accounts) | $430,795 | $1,185,367 |
| c. | Total disbursements (net of transfers between accounts) | $371,302 | $1,209,576 |
| d. | Cash balance end of month (a+b-c) | $65,111 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | |
| f. | Total disbursements for quarterly fee calculation (c+e) | $371,302 | $1,209,576 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $484,218 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | |
| c. | Inventory    (Book ◯    Market ◯    Other ◉    (attach explanation)) | $202,566 |
| d | Total current assets | $230,899 |
| e. | Total assets | $1,036,838 |
| f. | Postpetition payables (excluding taxes) | $243,172 |
| g. | Postpetition payables past due (excluding taxes) | $305,205 |
| h. | Postpetition taxes payable | $8,151 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $251,323 |
| k. | Prepetition secured debt | |
| l. | Prepetition priority debt | |
| m. | Prepetition unsecured debt | $2,406,584 |
| n. | Total liabilities (debt) (j+k+l+m) | $2,657,907 |
| o. | Ending equity/net worth (e-n) | $-1,621,069 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $430,795 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $325,624 | |
| c. | Gross profit (a-b) | | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $90,719 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $6,923 | |
| h. | Interest | $7,308 | |
| i. | Taxes (local, state, and federal) | $3,103 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-2,881 | $-262,879 |

Debtor's Name MEXICAN MANUFACTURERS INC        Case No. 24-30459

## Part 5: Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | $0 | $0 | $900 | $1,700 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name / Role | | | | |
| Delete i | MARY HERNANDEZ / Other | $0 | $0 | $900 | $1,700 |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name / Role | | | | |
| Delete i | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $8,151 | $8,151 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |

Debtor's Name MEXICAN MANUFACTURERS INC                                    Case No. 24-30459

l.   Are you current with quarterly U.S. Trustee fees as          Yes ⦿   No ○
     set forth under 28 U.S.C. § 1930?

**Part 8: Individual Chapter 11 Debtors (Only)**

a.   Gross income (receipts) from salary and wages                         _____
b.   Gross income (receipts) from self-employment                         _____
c.   Gross income from all other sources                                   _____
d.   Total income in the reporting period (a+b+c)                          _____
e.   Payroll deductions                                                    _____
f.   Self-employment related expenses                                      _____
g.   Living expenses                                                       _____
h.   All other expenses                                                    _____
i.   Total expenses in the reporting period (e+f+g+h)                      _____
j.   Difference between total income and total expenses (d-i)              _____
k.   List the total amount of all postpetition debts that are past due     _____
l.   Are you required to pay any Domestic Support Obligations as defined by 11   Yes ○   No ○
     U.S.C § 101(14A)?
m.   If yes, have you made all Domestic Support Obligation payments?       Yes ○   No ○   N/A ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


_____                    _____
Signature of Responsible Party                      Printed Name of Responsible Party

_____                    _____
Title                                               Date

12:10 PM

07/17/24

# Mexican Manufacturers, Inc.
## Statement of Cash Flows
### June 2024

|  | Jun 24 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| **Net Income** | -2,881.17 |
| **Adjustments to reconcile Net Income** |  |
| **to net cash provided by operations:** |  |
| **Accounts Receivable** | 63,604.64 |
| **Raw Materials Inventory** | 23,316.44 |
| **Accounts Payable** | -40,271.85 |
| **Chase Credit Card** | -71.65 |
| **Marcos Guzman Credit Card** | -2,500.00 |
| **Accrued Franchise Tax** | 165.00 |
| **Loan from Marcos Guzman** | 12,000.00 |
| **Net cash provided by Operating Activities** | 53,361.41 |
| **INVESTING ACTIVITIES** |  |
| **Accumulated Amortization** | 1,797.00 |
| **Accumulated Depreciation** | 5,126.00 |
| **Net cash provided by Investing Activities** | 6,923.00 |
| **FINANCING ACTIVITIES** |  |
| **N/P Bridgeit LLC** | -67.00 |
| **N/P John Martino** | -723.99 |
| **Net cash provided by Financing Activities** | -790.99 |
| **Net cash increase for period** | 59,493.42 |
| **Cash at beginning of period** | 5,617.67 |
| **Cash at end of period** | 65,111.09 |

1:45 PM

07/17/24

Accrual Basis

## Mexican Manufacturers, Inc.
## Balance Sheet
### As of June 30, 2024

|  | Jun 30, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First American Bank | 62,988.74 |
| Money Market  Account | 948.39 |
| Petty Cash | 100.00 |
| WestStar Bank | 1,073.96 |
| **Total Checking/Savings** | 65,111.09 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable | 484,217.57 |
| **Total Accounts Receivable** | 484,217.57 |
| | |
| **Other Current Assets** | |
| Raw Materials Inventory | 202,565.70 |
| **Total Other Current Assets** | 202,565.70 |
| **Total Current Assets** | 751,894.36 |
| | |
| **Fixed Assets** | |
| Accumulated Amortization | -535,454.88 |
| Accumulated Depreciation | -788,570.62 |
| Asset De-minimis Election | -50,060.37 |
| Computers | 27,049.91 |
| Customer Contracts | 504,430.46 |
| Furniture and Equipment | 874,781.69 |
| Leasehold Improvements | 21,868.25 |
| **Total Fixed Assets** | 54,044.44 |
| | |
| **Other Assets** | |
| Escrow Fees | 1,000.00 |
| Loan Fees. | 218,899.24 |
| Security Deposits Asset | 11,000.00 |
| **Total Other Assets** | 230,899.24 |
| **TOTAL ASSETS** | **1,036,838.04** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 548,377.05 |
| **Total Accounts Payable** | 548,377.05 |
| | |
| **Credit Cards** | |
| Chase Credit  Card | 23,006.15 |
| Marcos Guzman Credit Card | 39,908.32 |
| **Total Credit Cards** | 62,914.47 |
| | |
| **Other Current Liabilities** | |
| Accrued Franchise Tax | 990.00 |
| Customer Deposits | 21,074.46 |
| Direct Deposit Liabilities | 0.01 |
| Employee Bankruptcy | 955.00 |
| Loan from Marcos Guzman | 250,500.00 |
| N/P Cedar | 47,875.00 |
| Payroll Liabilities | 8,151.28 |
| **Total Other Current Liabilities** | 329,545.75 |
| **Total Current Liabilities** | 940,837.27 |

**1:45 PM**

**07/17/24**

**Accrual Basis**

# Mexican Manufacturers, Inc.
## Balance Sheet
### As of June 30, 2024

|  | Jun 30, 24 |
| --- | --- |
| **Long Term Liabilities** |  |
| **N/P Bluevine Line of Credit** | 163,467.83 |
| **N/P Bridgeit LLC** | 61,077.00 |
| **N/P Cambridge Advance** | 108,750.00 |
| **N/P Forest Capital** | 68,291.62 |
| **N/P Funding Metrics** | 80,850.00 |
| **N/P John Martino** | 1,323,821.08 |
| **N/P Marcos Guzman** | 100,000.00 |
| **N/P Overton Funding** | 25,022.00 |
| **N/P Rocket Capital** | 90,995.00 |
| **Total Long Term Liabilities** | 2,022,274.53 |
| **Total Liabilities** | 2,963,111.80 |
| **Equity** |  |
| **Additional Paid in Capital** | 1,499,000.00 |
| **Common Stock** | 1,000.00 |
| **Retained Earnings** | 228,435.86 |
| **Treasury Stock** | -3,143,055.00 |
| **Net Income** | -511,654.62 |
| **Total Equity** | -1,926,273.76 |
| **TOTAL LIABILITIES & EQUITY** | 1,036,838.04 |

1:44 PM

07/17/24

Accrual Basis

# Mexican Manufacturers, Inc.
## Profit & Loss
### June 2024

|  | Jun 24 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sales | 372,577.27 |
| Shipping and Delivery Income | 30,405.56 |
| Warehouse Operations | 27,812.44 |
| **Total Income** | 430,795.27 |
| **Cost of Goods Sold** |  |
| **Cost of Goods Sold-Mexico** |  |
| 501-0000 GTS Sueldos y Salarios | 148,771.38 |
| 502-0000 GTS Financieros | 171.68 |
| 503-0000 GTS Administrativos | 28,582.90 |
| 504-0000 GTS Administra Soporte | 8,668.26 |
| 510-0000 GTS Fabricacion | 17,872.37 |
| 511-0000 GTS Cafeteria | 11,683.41 |
| 512-0000 GTS Enfermeria | 895.44 |
| 513-0000 GTS Papeleria y Utili | 435.19 |
| 514-0000 GTS Control Plagas | 422.58 |
| 515-0000 GTS Gasolina | 88.62 |
| 516-0000 GTS Mat. de Limpieza | 2,638.73 |
| 517-0000 GTS Juridicos | 1,176.92 |
| 518-0000 GTS  Trasporte | 36,618.58 |
| 521-0000 GTS Auto Transporte | 14,645.45 |
| 522-0000 GTS Seguridad Privada | 4,151.63 |
| 523-0000 GTS Arrendamiento | 19,545.53 |
| 524-0000 GTS Aduanales | 2,856.54 |
| 525-0000 GTS IMSS-Infoniavit-IS | 43,644.49 |
| 526-0000 GTS Deprec & Amortizac | 210.21 |
| 528-0000 GTS Comisiones | 257.84 |
| 530-0000 GTS Seguridad Medio Am | 0.00 |
| SFI Mexico Funding | -106,397.66 |
| Cost of Goods Sold-Mexico - Other | 0.00 |
| **Total Cost of Goods Sold-Mexico** | 236,940.09 |
| Cost of Goods Sold-Mexico-IMS | 0.00 |
| Cost of Goods Sold-US Purchases | 87,025.44 |
| Customs-Arias | 1,405.68 |
| Freight and Shipping Costs | 252.50 |
| **Total COGS** | 325,623.71 |
| **Gross Profit** | 105,171.56 |
| **Expense** |  |
| Accounting | 900.00 |
| Amortization Expense | 1,797.00 |
| Computer and Internet Expenses | 623.87 |
| Contract Labor-Warehouse |  |
| Daniel Medina | 5,560.80 |
| Lazaro Badillo | 788.10 |
| **Total Contract Labor-Warehouse** | 6,348.90 |

1:44 PM

07/17/24

Accrual Basis

# Mexican Manufacturers, Inc.
## Profit & Loss
### June 2024

|  | Jun 24 |
|---|---|
| Contract Services | 460.00 |
| Depreciation Expense | 5,126.00 |
| Dues and Subscriptions | 16.23 |
| Equipment Lease | 809.30 |
| Inbound Freight | 8,275.38 |
| Insurance Expense | -1,693.22 |
| Interest Expense | 7,307.95 |
| Meals and Entertainment | 161.60 |
| Office Supplies | 155.92 |
| Osha Penalty | 333.00 |
| Outbound Freight | 8,231.41 |
| Pallet Charge | 0.00 |
| Payroll Expenses | 3,270.45 |
| Payroll Expenses-Warehouse | 33,482.48 |
| Reconciliation Discrepancies | -0.01 |
| Repairs and Maintenance | 90.00 |
| Repairs and Maintenance-Forklif | 2,834.98 |
| Sales Taxes | 325.79 |
| Security Expense | 25.00 |
| Service Fees | 0.00 |
| Supplies & Equipment | 0.00 |
| Telephone Expense | 562.30 |
| Texas Franchise Tax | 165.00 |
| US Rent | 27,000.00 |
| US Utilities | 1,443.40 |
| **Total Expense** | 108,052.73 |
| **Net Ordinary Income** | -2,881.17 |
| **Net Income** | **-2,881.17** |

1:54 PM

07/17/24

# Mexican Manufacturers, Inc.
## A/R Aging Summary
### As of June 30, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Administrative | 0.00 | 0.00 | 0.00 | 0.00 | -221.40 | -221.40 |
| American Leather , Inc. | 0.00 | 201,350.88 | 36,539.95 | 0.00 | 0.00 | 237,890.83 |
| B & J Rocket America Inc. | 0.00 | 50,995.97 | 0.00 | 0.00 | 0.00 | 50,995.97 |
| BOB BARKER | 0.00 | 20,154.72 | 2,418.00 | 1,576.44 | 0.00 | 24,149.16 |
| Cryoport Systems LLC | 0.00 | 1,239.90 | 0.00 | 0.00 | 0.00 | 1,239.90 |
| GORILLA DOG BEDS | 0.00 | 2,357.25 | 1,571.50 | 0.00 | 0.00 | 3,928.75 |
| Hanes Industries. | 0.00 | 50,638.41 | 5,036.52 | 0.00 | -28.51 | 55,646.42 |
| Lippert Components | 0.00 | 0.00 | 0.00 | 0.00 | -65.12 | -65.12 |
| Phifer Wire Products | 0.00 | 0.00 | 0.00 | 0.00 | -19.43 | -19.43 |
| RAFTCOVERS | 0.00 | 2,407.97 | 0.00 | 0.00 | 0.00 | 2,407.97 |
| REUSA-WRAPS | 0.00 | 701.97 | 7,673.40 | 0.00 | 0.00 | 8,375.37 |
| Ritex | 0.00 | 5,271.70 | 0.00 | 0.00 | 0.00 | 5,271.70 |
| SCREEN ASSEMBLY | 0.00 | 9,750.04 | 0.00 | 0.00 | 0.00 | 9,750.04 |
| SCREEN FAB | 0.00 | 0.00 | 0.00 | 0.00 | -199.82 | -199.82 |
| Summit Brands | 0.00 | 6,135.15 | 0.00 | 0.00 | 0.00 | 6,135.15 |
| Tri Tech Forensics | 0.00 | 0.00 | 0.00 | 0.00 | -1,277.84 | -1,277.84 |
| Uniform Technology | 0.00 | 9,809.09 | 1,156.87 | 0.00 | 0.00 | 10,965.96 |
| WTB | 0.00 | 69,097.17 | 0.00 | 0.00 | 0.00 | 69,097.17 |
| Zero Technologies, LLC | 0.00 | 1,414.40 | 0.00 | 0.00 | -1,267.61 | 146.79 |
| TOTAL | 0.00 | 431,324.62 | 54,396.24 | 1,576.44 | -3,079.73 | 484,217.57 |

1:55 PM

07/17/24

# Mexican Manufacturers, Inc.
## A/P Aging Summary
### As of June 30, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| A & B Labels & Printing, Inc. | 0.00 | 0.00 | 886.48 | 255.00 | 0.00 | 1,141.48 |
| AAA COOPER TRANSPORTATION | 0.00 | 2,381.41 | 2,476.75 | 0.00 | 0.00 | 4,858.16 |
| Aixa Empaques de Carton, SA de CV | 0.00 | 5,786.70 | 2,081.00 | 3,965.50 | 4,966.50 | 16,799.70 |
| Arias | 513.01 | 1,388.01 | 730.00 | 564.00 | 0.00 | 3,195.02 |
| Armstrong | 0.00 | 0.00 | 1,550.00 | 0.00 | 0.00 | 1,550.00 |
| Averitt Express Inc. | 0.00 | 0.00 | 950.00 | 0.00 | 0.00 | 950.00 |
| Axle Logistics LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,575.00 | 2,575.00 |
| Band Saw Blades Direct | 0.00 | 0.00 | 2,428.06 | 0.00 | 0.00 | 2,428.06 |
| BEKAERT DESLEE | 0.00 | 0.00 | 0.00 | 10,044.85 | 10,069.23 | 20,114.08 |
| Burnett Specialists | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 |
| CARGOBARN | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| Carpenter Co. | 0.00 | 0.00 | 0.00 | 0.00 | 7,604.72 | 7,604.72 |
| City of El Paso | 0.00 | 0.00 | -0.18 | 0.00 | 0.00 | -0.18 |
| CRYPTON, INC. | 0.00 | 0.00 | 121,036.77 | 0.00 | 108,219.84 | 229,256.61 |
| Culp Home Fashions | 0.00 | 0.00 | 0.00 | 0.00 | 9,198.66 | 9,198.66 |
| De La Paz Cleaning & Rental Services | 497.95 | 497.95 | 0.00 | 0.00 | 0.00 | 995.90 |
| denim | 0.00 | 0.00 | 0.00 | 0.00 | 912.00 | 912.00 |
| DIXIE SEWING MACHINE CO., INC. | 0.00 | 331.65 | 272.50 | 403.90 | 0.00 | 1,008.05 |
| Dorney Security Systems | 0.00 | 27.06 | 27.06 | 0.00 | 0.00 | 54.12 |
| Dunlap Industries, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.87 | 20,000.87 |
| Durazno Real Estate Investments | 0.00 | 932.25 | 0.00 | 0.00 | 0.00 | 932.25 |
| Echo Global Logistics Inc. | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| Estes | 0.00 | 0.00 | 599.29 | 0.00 | 1,936.56 | 2,535.85 |
| Excel Sewing Supply | 0.00 | 0.00 | 3,286.20 | 0.00 | 0.00 | 3,286.20 |
| Fastenation Inc | 0.00 | 3,560.00 | 0.00 | 0.00 | 0.00 | 3,560.00 |
| FD. Packaging | 0.00 | 3,355.30 | 1,689.80 | 0.00 | 0.00 | 5,045.10 |
| FedEx | 0.00 | 96.06 | 311.57 | 126.62 | 0.00 | 534.25 |
| FORKLIFT PARTS & SUPPLIES OF EL PASO | 0.00 | 3,053.19 | 2,158.37 | 0.00 | 0.00 | 5,211.56 |
| Gamer Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 11,720.82 | 11,720.82 |
| GRAINGER | 0.00 | 0.00 | 0.00 | 1,708.27 | 0.00 | 1,708.27 |
| Gunwanti Investments LLC DBA Transex | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| HAC Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| Halco USA | 0.00 | 3,316.54 | 0.00 | 0.00 | 0.00 | 3,316.54 |
| Hanes Converting Company | 0.00 | 0.00 | 0.00 | 23,022.85 | 2,273.70 | 25,296.55 |
| KING OF FREIGHT | 0.00 | 1,000.00 | 0.00 | 1,700.00 | 0.00 | 2,700.00 |
| Komar Apparel Supply | 0.00 | 687.50 | 2,256.07 | 0.00 | 0.00 | 2,943.57 |
| Maintenance Unlimited, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 2,121.63 | 2,121.63 |
| Mary Hernandez | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| MATCH FREIGHT LINES CORP. | 0.00 | 0.00 | 0.00 | 0.00 | 2,833.65 | 2,833.65 |
| NOLAN | 0.00 | 8,176.68 | 4,720.00 | 1,050.00 | 0.00 | 13,946.68 |
| Old Dominion Freight Line, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 4,815.96 | 4,815.96 |
| ORION TRANSPORTATION | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| Pacific Upholstery Supply Co | 0.00 | 11,393.03 | 0.00 | 0.00 | 0.00 | 11,393.03 |
| Personnel Concepts | 0.00 | 0.00 | 0.00 | 0.00 | 574.74 | 574.74 |
| Precision Textiles | 0.00 | 0.00 | 28,913.52 | 21,245.80 | 0.00 | 50,159.32 |
| Protective Industrial Products, Inc | 0.00 | 0.00 | 0.00 | 718.00 | 0.00 | 718.00 |
| PROVIDENT | 0.00 | 0.00 | 250.00 | 300.00 | 450.00 | 1,000.00 |
| RMP TEMPS | 0.00 | 788.10 | 347.69 | 0.00 | 10,288.63 | 11,424.42 |
| RYAAN TRANSPORTATION | 0.00 | 0.00 | 0.00 | 0.00 | 5,630.00 | 5,630.00 |
| SAIA MOTOR FREIGHT LINE, LLC | 0.00 | 2,227.64 | 7,112.36 | 0.00 | 6,823.38 | 16,163.38 |
| Shanklin Corporation | 0.00 | 0.00 | 0.00 | 782.69 | 1,303.64 | 2,086.33 |
| Southeastern Freight Lines | 0.00 | 0.00 | 1,041.75 | 169.00 | 500.00 | 1,710.75 |
| Spectrum Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 2,355.62 | 2,355.62 |
| Sun City Propane, LLC | 0.00 | 199.52 | 68.15 | 0.00 | 0.00 | 267.67 |
| Textape Inc. | 0.00 | 0.00 | 3,482.34 | 1,645.33 | 0.00 | 5,127.67 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 | 36.44 | 36.44 |
| Toshiba Financial Services | 0.00 | 886.87 | 0.00 | 0.00 | 0.00 | 886.87 |
| Total Quality Logistics (TQL) | 0.00 | 0.00 | 0.00 | 0.00 | 4,600.00 | 4,600.00 |
| Uline | 0.00 | 0.00 | 0.00 | 0.00 | 740.71 | 740.71 |
| Unishippers | 0.00 | 0.00 | 0.00 | 0.00 | 1,990.37 | 1,990.37 |
| US LOGISTICS | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| VANDEN BERGE LOGISTICS | 0.00 | 0.00 | 0.00 | 0.00 | 5,950.00 | 5,950.00 |
| **TOTAL** | **1,010.96** | **50,985.46** | **191,175.55** | **67,701.81** | **237,503.27** | **548,377.05** |

# FIRST AMERICAN BANK

*Your Community Bank Since 1903*

PO Box AA • Artesia, NM 88211-7526

| | |
|---|---|
| **Main Customer Number:** | *******0952 |
| **Statement Date:** | 06/30/24 |
| **Items Enclosed:** | 37 |
| **Page :** | 1 |
| **Cycle:** | 80 |

00002314  TFBS9818070124110208  1 000000000 6021  10

MEXICAN MANUFACTURERS INC
6968 INDUSTRIAL BLVD BLDG B
EL PASO TX  79915

## Customer Service Information

**Customer Care:** 800-289-6140
**FIRST Line Telephone Banking:**
888-746-8300 or  575-746-8056
**Lost or Stolen Card:** 800-383-8000
**Email Inquiries:** support@firstamb.com
**Visit Us Online:** www.firstamericanbanknm.com
**Written Inquiries:**
P.O. Box AA, Artesia, NM  88211-7526

---

**SMART BUSINESS PREMIER**    **Account Number:**    *******0952

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/31/24** | **$18,801.89** |
| + Deposits and Credits  (42) | $510,189.56 |
| - Withdrawals and Debits  (58) | $454,720.47 |
| **Ending Balance as of 06/30/24** | **$74,270.98** |
| Service Charges for Period | $0.00 |
| Number of Days in Statement Period | 30 |
| **Items Enclosed** | **37** |

## Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| **May 31** | **BEGINNING BALANCE** | | | **$18,801.89** |
| Jun 03 | AC-WORLD TEXTILE AN-DEPOSIT | $10,701.03 | | $29,502.92 |
| Jun 03 | DEPOSIT | $36,250.33 | | $65,753.25 |
| Jun 03 | AC-AMERICAN LEATHER-CASH DISB | $60,329.34 | | $126,082.59 |
| Jun 03 | CHECK # 17701 | | $271.52 | $125,811.07 |
| Jun 03 | CHECK # 17709 | | $2,403.15 | $123,407.92 |
| Jun 04 | AC-BOB BARKER INC -PAYMENT | $4,186.80 | | $127,594.72 |





| | | Account Owner: | MEXICAN MANUFACTURERS IN |
| | | Statement Date: | 06/30/24 |
| | | Page : | 2 |

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| Jun 04 | DEPOSIT | $9,034.44 | | $136,629.16 |
| Jun 04 | AC-Mexican Manufact-ACTION IND | | $2,555.93 | $134,073.23 |
| Jun 05 | DEPOSIT | $644.38 | | $134,717.61 |
| Jun 05 | AC-IRS -USATAXPYMT | | $4,784.78 | $129,932.83 |
| Jun 05 | AC-Mexican Manufact-BEKAERT | | $11,624.68 | $118,308.15 |
| Jun 05 | AC-MONEXUSA -DD060424TMP-USA-DEAL-1299112 | | $38,646.06 | $79,662.09 |
| Jun 06 | AC-BOB BARKER INC -PAYMENT | $772.20 | | $80,434.29 |
| Jun 06 | AC-B&J Rocket Ameri-SIGONFILE | $23,509.95 | | $103,944.24 |
| Jun 06 | AC-Mexican Manufact-MMI Busine | | $7,596.84 | $96,347.40 |
| Jun 06 | CHECK # 17711 | | $100.00 | $96,247.40 |
| Jun 06 | CHECK # 17720 | | $100.00 | $96,147.40 |
| Jun 07 | AC-ZRO -Payment | $436.10 | | $96,583.50 |
| Jun 07 | AC-SUMMIT BRANDS -PAYMENT | $14,513.36 | | $111,096.86 |
| Jun 07 | AC-TRUTEMPS INC -CORP COLL | | $1,596.00 | $109,500.86 |
| Jun 07 | AC-Mexican Manufact-Global Tex | | $9,440.54 | $100,060.32 |
| Jun 07 | AC-Mexican Manufact-PRECISION | | $21,245.80 | $78,814.52 |
| Jun 07 | AC-MONEXUSA -DD060624TMP-USA-DEAL-1302380 | | $51,874.09 | $26,940.43 |
| Jun 07 | CHECK # 17712 | | $955.00 | $25,985.43 |
| Jun 07 | CHECK # 17715 | | $1,055.94 | $24,929.49 |
| Jun 07 | CHECK # 17716 | | $1,800.00 | $23,129.49 |
| Jun 07 | CHECK # 17718 | | $2,200.00 | $20,929.49 |
| Jun 10 | DEPOSIT | $13,507.18 | | $34,436.67 |
| Jun 10 | AC-AMERICAN LEATHER-CASH DISB | $50,019.90 | | $84,456.57 |
| Jun 10 | AC-VERIZON WIRELESS-PAYMENTS | | $255.37 | $84,201.20 |
| Jun 10 | AC-WASTE CONNECTION-WEB_PAY | | $511.15 | $83,690.05 |
| Jun 10 | CHECK # 17713 | | $412.20 | $83,277.85 |
| Jun 10 | CHECK # 17719 | | $3,560.00 | $79,717.85 |
| Jun 11 | DEPOSIT | $360.64 | | $80,078.49 |
| Jun 11 | DEPOSIT | $966.73 | | $81,045.22 |
| Jun 11 | AC-BOB BARKER INC -PAYMENT | $2,710.00 | | $83,755.22 |
| Jun 11 | AC-LEE INDUSTRIES 3-AP 1ISA*00* *00* | $3,979.41 | | $87,734.63 |
| Jun 11 | AC-WORLD TEXTILE AN-DEPOSITTEN INVOICES | $14,909.17 | | $102,643.80 |
| Jun 11 | CHECK # 17714 | | $600.00 | $102,043.80 |
| Jun 11 | CHECK # 17717 | | $1,948.76 | $100,095.04 |
| Jun 12 | AC-INTUIT * -PayrollEE | | $32.48 | $100,062.56 |
| Jun 12 | AC-MONEXUSA -DD061124TMP-USA-DEAL-1306437 | | $36,337.45 | $63,725.11 |
| Jun 12 | CHECK # 17721 | | $1,614.72 | $62,110.39 |
| Jun 12 | CHECK # 17724 | | $2,500.00 | $59,610.39 |
| Jun 13 | AC-BOB BARKER INC -PAYMENT | $1,544.40 | | $61,154.79 |
| Jun 13 | DEPOSIT | $2,902.77 | | $64,057.56 |

00002314 0010623 0002-0009





| | Account Owner: | MEXICAN MANUFACTURERS IN |
| | Statement Date: | 06/30/24 |
| | Page : | 3 |

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| Jun 13 | AC-B&J Rocket Ameri-SIGONFILE | $10,040.23 | | $74,097.79 |
| Jun 13 | AC-INTUIT PAYROLL S-QUICKBOOKS | | $12,636.64 | $61,461.15 |
| Jun 13 | AC-MONEXUSA -DD061224TMP-USA-DEAL-1307719 | | $30,042.73 | $31,418.42 |
| Jun 14 | AC-SUMMIT BRANDS -PAYMENT | $8,433.52 | | $39,851.94 |
| Jun 14 | FED WIRE OUT #202406140056442 BENE-LES TRICOTS MAXIME INC. | | $14,340.00 | $25,511.94 |
| Jun 14 | AC-AMERICAN LEATHER-CASH DISB | $34,695.15 | | $60,207.09 |
| Jun 14 | AC-OSHA PENALTY COL-PAYMENT | | $333.00 | $59,874.09 |
| Jun 14 | AC-TRUTEMPS INC -CORP COLL | | $1,528.80 | $58,345.29 |
| Jun 17 | AC-WORLD TEXTILE AN-DEPOSITMULTIPLE INVOICES | $19,294.27 | | $77,639.56 |
| Jun 17 | AC-CHASE CREDIT CRD-AUTOPAYBUS | | $2,000.00 | $75,639.56 |
| Jun 18 | AC-BOB BARKER INC -PAYMENT | $2,700.28 | | $78,339.84 |
| Jun 18 | DEPOSIT | $12,435.47 | | $90,775.31 |
| Jun 18 | AC-Equipment Financ-OnlineInv | | $503.95 | $90,271.36 |
| Jun 20 | AC-BOB BARKER INC -PAYMENT | $690.12 | | $90,961.48 |
| Jun 20 | AC-ZRO -Payment | $946.60 | | $91,908.08 |
| Jun 20 | AC-B&J Rocket Ameri-SIGONFILE | $8,282.56 | | $100,190.64 |
| Jun 20 | DEPOSIT | $12,000.00 | | $112,190.64 |
| Jun 20 | AC-BRIDGEIT -ACHPAYMENT | | $67.00 | $112,123.64 |
| Jun 20 | AC-SPECTRUM -SPECTRUM | | $169.97 | $111,953.67 |
| Jun 20 | AC-IRS -USATAXPYMT | | $4,784.84 | $107,168.83 |
| Jun 20 | AC-Mexican Manufact-BEKAERT | | $15,040.11 | $92,128.72 |
| Jun 20 | AC-MONEXUSA -DD061824TMP-USA-DEAL-1313828 | | $40,030.72 | $52,098.00 |
| Jun 20 | CHECK # 17725 | | $3,616.72 | $48,481.28 |
| Jun 20 | CHECK # 17727 | | $1,921.33 | $46,559.95 |
| Jun 20 | CHECK # 17728 | | $2,150.00 | $44,409.95 |
| Jun 21 | DEPOSIT | $3,218.18 | | $47,628.13 |
| Jun 21 | AC-SUMMIT BRANDS -PAYMENT | $7,915.74 | | $55,543.87 |
| Jun 21 | DEPOSIT | $9,511.10 | | $65,054.97 |
| Jun 21 | AC-TRUTEMPS INC -CORP COLL | | $1,512.00 | $63,542.97 |
| Jun 21 | AC-Central Insuranc-debitpmt | | $2,096.42 | $61,446.55 |
| Jun 21 | AC-Mexican Manufact-HALCO | | $3,394.10 | $58,052.45 |
| Jun 21 | CHECK # 17722 | | $100.00 | $57,952.45 |
| Jun 21 | CHECK # 17729 | | $100.00 | $57,852.45 |
| Jun 21 | CHECK # 17730 | | $100.00 | $57,752.45 |
| Jun 24 | AC-Mexican Manufact-NOLAN | | $2,400.00 | $55,352.45 |
| Jun 24 | AC-Mexican Manufact-PRECISION | | $8,505.00 | $46,847.45 |
| Jun 24 | AC-Mexican Manufact-DURAZNO | | $27,696.97 | $19,150.48 |
| Jun 24 | CHECK # 17726 | | $2,400.00 | $16,750.48 |
| Jun 25 | AC-BOB BARKER INC -PAYMENT | $2,265.96 | | $19,016.44 |



00002314 0010624 0003-0009



**FIRSTAMERICANBANK**
*Your Community Bank Since 1903*

| | |
|---|---|
| **Account Owner:** | MEXICAN MANUFACTURERS IN |
| **Statement Date:** | 06/30/24 |
| **Page :** | 4 |

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jun 25 | DEPOSIT | $11,930.23 | | $30,946.67 |
| Jun 25 | AC-AMERICAN LEATHER-CASH DISB | $58,756.24 | | $89,702.91 |
| Jun 26 | DEPOSIT | $745.83 | | $90,448.74 |
| Jun 26 | AC-Mexican Manufact-EXCEL SEWI | | $15,928.00 | $74,520.74 |
| Jun 27 | AC-ZRO -Payment | $371.70 | | $74,892.44 |
| Jun 27 | AC-BOB BARKER INC -PAYMENT | $2,291.72 | | $77,184.16 |
| Jun 27 | AC-B&J Rocket Ameri-SIGONFILE | $8,059.62 | | $85,243.78 |
| Jun 27 | AC-INTUIT PAYROLL S-QUICKBOOKS | | $12,636.67 | $72,607.11 |
| Jun 27 | AC-MONEXUSA -DD062624TMP-USA-DEAL-1321712 | | $40,009.04 | $32,598.07 |
| Jun 28 | DEPOSIT | $3,839.38 | | $36,437.45 |
| Jun 28 | AC-SUMMIT BRANDS -PAYMENT | $10,080.99 | | $46,518.44 |
| Jun 28 | AC-AMERICAN LEATHER-CASH DISB | $30,406.54 | | $76,924.98 |
| Jun 28 | AC-TRUTEMPS INC -CORP COLL | | $924.00 | $76,000.98 |
| Jun 28 | CHECK # 17731 | | $775.00 | $75,225.98 |
| Jun 28 | CHECK # 17732 | | $955.00 | $74,270.98 |
| **Jun 30** | **ENDING BALANCE** | | | **$74,270.98** |

## Checks Posted

\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Jun 03 | 17701 | 271.52 | Jun 11 | 17717 | 1,948.76 | Jun 24 | 17726 | 2,400.00 |
| Jun 03 | 17709* | 2,403.15 | Jun 07 | 17718 | 2,200.00 | Jun 20 | 17727 | 1,921.33 |
| Jun 06 | 17711* | 100.00 | Jun 10 | 17719 | 3,560.00 | Jun 20 | 17728 | 2,150.00 |
| Jun 07 | 17712 | 955.00 | Jun 06 | 17720 | 100.00 | Jun 21 | 17729 | 100.00 |
| Jun 10 | 17713 | 412.20 | Jun 12 | 17721 | 1,614.72 | Jun 21 | 17730 | 100.00 |
| Jun 11 | 17714 | 600.00 | Jun 12 | 17722 | 100.00 | Jun 28 | 17731 | 775.00 |
| Jun 07 | 17715 | 1,055.94 | Jun 12 | 17724* | 2,500.00 | Jun 28 | 17732 | 955.00 |
| Jun 07 | 17716 | 1,800.00 | Jun 20 | 17725 | 3,616.72 | | | |

## Fee Recap

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Sales Tax applies to all fees except the Overdraft Fee.  The tax is in addition to the fee charged and appears as a separate line item on your statement.

Effective July 1, 2020 our Funds Availability Policy will change to allow $225 (increased from $200) available next business day on non-next day checks and $5,525 (increased from $5,000) available on new account and exception holds. ACH and Direct Deposits are not affected.



00002314 0010627 0006-0009

| Date | Amount |
|------|--------|
| 06/03/24 | $36,250.33 |
| 06/04/24 | $9,034.44 |
| 06/05/24 | $644.38 |
| 06/10/24 | $13,507.18 |
| 06/11/24 | $360.64 |
| 06/11/24 | $966.73 |
| 06/13/24 | $2,902.77 |
| 06/18/24 | $12,435.47 |
| 06/20/24 | $12,000.00 |
| 06/21/24 | $3,218.18 |
| 06/21/24 | $9,511.10 |
| 06/25/24 | $11,930.23 |



| Date | Description | Amount |
|---|---|---|
| 06/26/24 | | $745.83 |
| 06/28/24 | | $3,839.38 |
| 06/03/24 | Check 17701 | $271.52 |
| 06/03/24 | Check 17709 | $2,403.15 |
| 06/06/24 | Check 17711 | $100.00 |
| 06/07/24 | Check 17712 | $955.00 |
| 06/10/24 | Check 17713 | $412.20 |
| 06/11/24 | Check 17714 | $600.00 |
| 06/07/24 | Check 17715 | $1,055.94 |
| 06/07/24 | Check 17716 | $1,800.00 |
| 06/11/24 | Check 17717 | $1,948.76 |
| 06/07/24 | Check 17718 | $2,200.00 |



| | | |
|---|---|---|
| 06/10/24 | Check 17719 | $3,560.00 |
| 06/06/24 | Check 17720 | $100.00 |
| 06/12/24 | Check 17721 | $1,614.72 |
| 06/21/24 | Check 17722 | $100.00 |
| 06/12/24 | Check 17724 | $2,500.00 |
| 06/20/24 | Check 17725 | $3,616.72 |
| 06/24/24 | Check 17726 | $2,400.00 |
| 06/20/24 | Check 17727 | $1,921.33 |
| 06/20/24 | Check 17728 | $2,150.00 |
| 06/21/24 | Check 17729 | $100.00 |
| 06/21/24 | Check 17730 | $100.00 |
| 06/28/24 | Check 17731 | $775.00 |



06/28/24        Check 17732                    $955.00



11:39 AM

07/17/24

# Mexican Manufacturers, Inc.
## Reconciliation Summary
### First American Bank, Period Ending 06/30/2024

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 18,801.89 |
| **Cleared Transactions** | |
| Checks and Payments - 58 items | -454,720.47 |
| Deposits and Credits - 46 items | 510,189.56 |
| **Total Cleared Transactions** | 55,469.09 |
| **Cleared Balance** | 74,270.98 |
| **Uncleared Transactions** | |
| Checks and Payments - 5 items | -11,282.24 |
| **Total Uncleared Transactions** | -11,282.24 |
| **Register Balance as of 06/30/2024** | 62,988.74 |
| **New Transactions** | |
| Checks and Payments - 32 items | -152,409.37 |
| Deposits and Credits - 17 items | 328,741.45 |
| **Total New Transactions** | 176,332.08 |
| **Ending Balance** | 239,320.82 |

11:39 AM

07/17/24

# Mexican Manufacturers, Inc.
## Reconciliation Detail
### First American Bank, Period Ending 06/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 18,801.89 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 58 items** | | | | | | |
| Bill Pmt -Check | 05/10/2024 | 17701 | Textape Inc. | X | -271.52 | -271.52 |
| Bill Pmt -Check | 05/21/2024 | 17709 | De La Paz Cleaning ... | X | -2,403.15 | -2,674.67 |
| Liability Check | 05/22/2024 | 17712 | Stuart C. Cox | X | -955.00 | -3,629.67 |
| Check | 05/28/2024 | 17711 | Freight Pro Transport | X | -100.00 | -3,729.67 |
| Bill Pmt -Check | 05/30/2024 | 17719 | Fastenation Inc | X | -3,560.00 | -7,289.67 |
| Bill Pmt -Check | 05/30/2024 | 17718 | NOLAN | X | -2,200.00 | -9,489.67 |
| Bill Pmt -Check | 05/30/2024 | 17717 | SAIA MOTOR FREI... | X | -1,948.76 | -11,438.43 |
| Bill Pmt -Check | 05/30/2024 | 17716 | KING OF FREIGHT | X | -1,800.00 | -13,238.43 |
| Bill Pmt -Check | 05/30/2024 | 17715 | Spectrum Packaging | X | -1,055.94 | -14,294.37 |
| Bill Pmt -Check | 05/30/2024 | 17714 | PROVIDENT | X | -600.00 | -14,894.37 |
| Bill Pmt -Check | 05/30/2024 | 17713 | Sun City Propane, L... | X | -412.20 | -15,306.57 |
| Bill Pmt -Check | 06/03/2024 | 17720 | Freight Pro Transport | X | -100.00 | -15,406.57 |
| Bill Pmt -Check | 06/04/2024 | ACH | Band Saw Blades Di... | X | -2,555.93 | -17,962.50 |
| Check | 06/05/2024 | | Monex USA | X | -38,646.06 | -56,608.56 |
| Bill Pmt -Check | 06/05/2024 | ACH | BEKAERT DESLEE | X | -11,624.68 | -68,233.24 |
| Liability Check | 06/05/2024 | E-pay | United States Treas... | X | -4,784.78 | -73,018.02 |
| Liability Check | 06/05/2024 | 17732 | Stuart C. Cox | X | -955.00 | -73,973.02 |
| Bill Pmt -Check | 06/06/2024 | ACH | Precision Textiles | X | -21,245.80 | -95,218.82 |
| Check | 06/06/2024 | | Mr. John Martino | X | -7,596.84 | -102,815.66 |
| Bill Pmt -Check | 06/06/2024 | 17721 | FD. Packaging | X | -1,614.72 | -104,430.38 |
| Check | 06/07/2024 | | Monex USA | X | -51,874.09 | -156,304.47 |
| Bill Pmt -Check | 06/07/2024 | ACH | Global Textile Alliance | X | -9,440.54 | -165,745.01 |
| Check | 06/07/2024 | | TruTemps | X | -1,596.00 | -167,341.01 |
| Check | 06/10/2024 | | Waste Connection | X | -511.15 | -167,852.16 |
| Check | 06/10/2024 | | Verizon Wireless | X | -255.37 | -168,107.53 |
| Bill Pmt -Check | 06/10/2024 | 17722 | Freight Pro Transport | X | -100.00 | -168,207.53 |
| Check | 06/11/2024 | 17724 | Marcos Guzman. | X | -2,500.00 | -170,707.53 |
| Check | 06/12/2024 | | Monex USA | X | -36,337.45 | -207,044.98 |
| Bill Pmt -Check | 06/12/2024 | 17725 | FD. Packaging | X | -3,616.72 | -210,661.70 |
| Check | 06/12/2024 | | INTUIT | X | -32.48 | -210,694.18 |
| Check | 06/13/2024 | | Monex USA | X | -30,042.73 | -240,736.91 |
| Liability Check | 06/13/2024 | | QuickBooks Payroll ... | X | -12,636.64 | -253,373.55 |
| Bill Pmt -Check | 06/14/2024 | ACH | Maxime Knitting | X | -14,340.00 | -267,713.55 |
| Bill Pmt -Check | 06/14/2024 | 17726 | NOLAN | X | -2,400.00 | -270,113.55 |
| Bill Pmt -Check | 06/14/2024 | 17728 | KING OF FREIGHT | X | -2,150.00 | -272,263.55 |
| Bill Pmt -Check | 06/14/2024 | 17727 | SAIA MOTOR FREI... | X | -1,921.33 | -274,184.88 |
| Check | 06/14/2024 | | TruTemps | X | -1,528.80 | -275,713.68 |
| Check | 06/14/2024 | | OSHA | X | -333.00 | -276,046.68 |
| Check | 06/17/2024 | | Chase Card Services | X | -2,000.00 | -278,046.68 |
| Bill Pmt -Check | 06/17/2024 | ACH | Toshiba Financial S... | X | -503.95 | -278,550.63 |
| Bill Pmt -Check | 06/17/2024 | 17729 | Freight Pro Transport | X | -100.00 | -278,650.63 |
| Bill Pmt -Check | 06/18/2024 | ACH | BEKAERT DESLEE | X | -15,040.11 | -293,690.74 |
| Bill Pmt -Check | 06/18/2024 | 17730 | Freight Pro Transport | X | -100.00 | -293,790.74 |
| Check | 06/20/2024 | | Monex USA | X | -40,030.72 | -333,821.46 |
| Liability Check | 06/20/2024 | E-pay | United States Treas... | X | -4,784.84 | -338,606.30 |
| Check | 06/20/2024 | | Spectrum Business | X | -169.97 | -338,776.27 |
| Check | 06/20/2024 | | Bridgett | X | -67.00 | -338,843.27 |
| Bill Pmt -Check | 06/21/2024 | ACH | Halco USA | X | -3,394.10 | -342,237.37 |
| Check | 06/21/2024 | | Central Insurance C... | X | -2,096.42 | -344,333.79 |
| Check | 06/21/2024 | | TruTemps | X | -1,512.00 | -345,845.79 |
| Bill Pmt -Check | 06/21/2024 | 17731 | KING OF FREIGHT | X | -775.00 | -346,620.79 |
| Bill Pmt -Check | 06/24/2024 | ACH | Durazno Real Estate... | X | -27,696.97 | -374,317.76 |
| Bill Pmt -Check | 06/24/2024 | ACH | Precision Textiles | X | -8,505.00 | -382,822.76 |
| Bill Pmt -Check | 06/24/2024 | ACH | NOLAN | X | -2,400.00 | -385,222.76 |
| Bill Pmt -Check | 06/26/2024 | ACH | Excel Sewing Supply | X | -15,928.00 | -401,150.76 |
| Check | 06/27/2024 | | Monex USA | X | -40,009.04 | -441,159.80 |
| Liability Check | 06/27/2024 | | QuickBooks Payroll ... | X | -12,636.67 | -453,796.47 |
| Check | 06/28/2024 | | TruTemps | X | -924.00 | -454,720.47 |
| | | | **Total Checks and Payments** | | -454,720.47 | -454,720.47 |

Page 1

11:39 AM

07/17/24

# Mexican Manufacturers, Inc.
## Reconciliation Detail
### First American Bank, Period Ending 06/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 46 items** | | | | | | |
| Deposit | 06/03/2024 | | | X | 10,701.03 | 10,701.03 |
| Deposit | 06/03/2024 | | | X | 36,250.33 | 46,951.36 |
| Deposit | 06/03/2024 | | | X | 60,329.34 | 107,280.70 |
| Deposit | 06/04/2024 | | | X | 4,186.80 | 111,467.50 |
| Deposit | 06/04/2024 | | | X | 9,034.44 | 120,501.94 |
| Deposit | 06/05/2024 | | | X | 644.38 | 121,146.32 |
| Deposit | 06/06/2024 | | | X | 24,282.15 | 145,428.47 |
| Deposit | 06/07/2024 | | | X | 14,949.46 | 160,377.93 |
| Deposit | 06/10/2024 | | | X | 13,507.18 | 173,885.11 |
| Deposit | 06/10/2024 | | | X | 50,019.90 | 223,905.01 |
| Deposit | 06/11/2024 | | | X | 1,327.36 | 225,232.37 |
| Deposit | 06/11/2024 | | | X | 2,710.00 | 227,942.37 |
| Deposit | 06/11/2024 | | | X | 18,888.58 | 246,830.95 |
| Deposit | 06/13/2024 | | | X | 1,544.40 | 248,375.35 |
| Deposit | 06/13/2024 | | | X | 2,902.77 | 251,278.12 |
| Deposit | 06/13/2024 | | | X | 10,040.23 | 261,318.35 |
| Paycheck | 06/14/2024 | DD2492 | Herrera, Vanessa | X | 0.00 | 261,318.35 |
| Paycheck | 06/14/2024 | DD2491 | Guzman, Marcos | X | 0.00 | 261,318.35 |
| Paycheck | 06/14/2024 | DD2494 | Vasquez, Alex | X | 0.00 | 261,318.35 |
| Paycheck | 06/14/2024 | DD2490 | Caballero, Carlos R | X | 0.00 | 261,318.35 |
| Paycheck | 06/14/2024 | DD2493 | Gonzalez, Jorge A | X | 0.00 | 261,318.35 |
| Deposit | 06/14/2024 | | | X | 8,433.52 | 269,751.87 |
| Deposit | 06/14/2024 | | | X | 34,695.15 | 304,447.02 |
| Deposit | 06/17/2024 | | | X | 19,294.27 | 323,741.29 |
| Deposit | 06/18/2024 | | | X | 2,700.28 | 326,441.57 |
| Deposit | 06/18/2024 | | | X | 12,435.47 | 338,877.04 |
| Deposit | 06/20/2024 | | | X | 9,919.28 | 348,796.32 |
| Deposit | 06/20/2024 | | | X | 12,000.00 | 360,796.32 |
| Deposit | 06/21/2024 | | | X | 3,218.18 | 364,014.50 |
| Deposit | 06/21/2024 | | | X | 7,915.74 | 371,930.24 |
| Deposit | 06/21/2024 | | | X | 9,511.10 | 381,441.34 |
| Deposit | 06/25/2024 | | | X | 2,265.96 | 383,707.30 |
| Deposit | 06/25/2024 | | | X | 11,930.23 | 395,637.53 |
| Deposit | 06/25/2024 | | | X | 58,756.24 | 454,393.77 |
| Deposit | 06/26/2024 | | | X | 745.83 | 455,139.60 |
| Deposit | 06/27/2024 | | | X | 2,291.72 | 457,431.32 |
| Deposit | 06/27/2024 | | | X | 8,431.32 | 465,862.64 |
| Paycheck | 06/28/2024 | DD2495 | Caballero, Carlos R | X | 0.00 | 465,862.64 |
| Paycheck | 06/28/2024 | DD2497 | Herrera, Vanessa | X | 0.00 | 465,862.64 |
| Paycheck | 06/28/2024 | DD2498 | Gonzalez, Jorge A | X | 0.00 | 465,862.64 |
| Paycheck | 06/28/2024 | DD2499 | Vasquez, Alex | X | 0.00 | 465,862.64 |
| Paycheck | 06/28/2024 | DD2496 | Guzman, Marcos | X | 0.00 | 465,862.64 |
| Deposit | 06/28/2024 | | | X | 3,839.38 | 469,702.02 |
| Deposit | 06/28/2024 | | | X | 10,080.99 | 479,783.01 |
| Deposit | 06/28/2024 | | | X | 30,406.54 | 510,189.55 |
| General Journal | 06/30/2024 | Mo en... | | X | 0.01 | 510,189.56 |
| Total Deposits and Credits | | | | | 510,189.56 | 510,189.56 |
| Total Cleared Transactions | | | | | 55,469.09 | 55,469.09 |
| Cleared Balance | | | | | 55,469.09 | 74,270.98 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Liability Check | 06/19/2024 | 17735 | Stuart C. Cox | | -955.00 | -955.00 |
| Bill Pmt -Check | 06/26/2024 | 17734 | Pacific Upholstery S... | | -6,662.56 | -7,617.56 |
| Bill Pmt -Check | 06/26/2024 | 17733 | Freight Pro Transport | | -100.00 | -7,717.56 |
| Bill Pmt -Check | 06/28/2024 | 17737 | SAIA MOTOR FREI... | | -1,916.90 | -9,634.46 |
| Bill Pmt -Check | 06/28/2024 | 17736 | AAA COOPER TRA... | | -1,647.78 | -11,282.24 |
| Total Checks and Payments | | | | | -11,282.24 | -11,282.24 |
| Total Uncleared Transactions | | | | | -11,282.24 | -11,282.24 |
| Register Balance as of 06/30/2024 | | | | | 44,186.85 | 62,988.74 |

11:39 AM

07/17/24

# Mexican Manufacturers, Inc.
## Reconciliation Detail
### First American Bank, Period Ending 06/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **New Transactions** | | | | | | |
| **Checks and Payments - 32 items** | | | | | | |
| Bill Pmt -Check | 07/01/2024 | ACH | NOLAN | | -2,300.00 | -2,300.00 |
| Liability Check | 07/01/2024 | 17743 | Stuart C. Cox | | -955.00 | -3,255.00 |
| Check | 07/02/2024 | | B & J Rocket Ameri... | | -16,246.02 | -19,501.02 |
| Bill Pmt -Check | 07/02/2024 | 17738 | DIXIE SEWING MA... | | -1,008.05 | -20,509.07 |
| Bill Pmt -Check | 07/02/2024 | 17740 | Mary Hernandez | | -900.00 | -21,409.07 |
| Bill Pmt -Check | 07/02/2024 | 17739 | Arias | | -784.00 | -22,193.07 |
| Liability Check | 07/03/2024 | E-pay | United States Treas... | | -4,784.78 | -26,977.85 |
| Bill Pmt -Check | 07/03/2024 | 17742 | FD. Packaging | | -1,689.80 | -28,667.65 |
| Bill Pmt -Check | 07/03/2024 | 17741 | De La Paz Cleaning ... | | -497.95 | -29,165.60 |
| Bill Pmt -Check | 07/05/2024 | ACH | Durazno Real Estate... | | -27,932.25 | -57,097.85 |
| Bill Pmt -Check | 07/05/2024 | ACH | Precision Textiles | | -10,000.00 | -67,097.85 |
| Check | 07/05/2024 | | Mr. John Martino | | -7,596.84 | -74,694.69 |
| Bill Pmt -Check | 07/05/2024 | ACH | Global Textile Alliance | | -7,224.64 | -81,919.33 |
| Bill Pmt -Check | 07/08/2024 | 17744 | AAA COOPER TRA... | | -1,820.69 | -83,740.02 |
| Bill Pmt -Check | 07/09/2024 | ACH | NOLAN | | -5,271.68 | -89,011.70 |
| Bill Pmt -Check | 07/09/2024 | ACH | Culp Home Fashions | | -58.62 | -89,070.32 |
| Bill Pmt -Check | 07/10/2024 | ACH | Precision Textiles | | -10,000.00 | -99,070.32 |
| Bill Pmt -Check | 07/11/2024 | ACH | Pacific Upholstery S... | | -9,588.35 | -108,658.67 |
| Liability Check | 07/12/2024 | | QuickBooks Payroll ... | | -12,636.69 | -121,295.36 |
| Bill Pmt -Check | 07/12/2024 | 17751 | Textape Inc. | | -5,127.67 | -126,423.03 |
| Bill Pmt -Check | 07/12/2024 | 17747 | FORKLIFT PARTS ... | | -2,668.23 | -129,091.26 |
| Check | 07/12/2024 | 17746 | Marcos Guzman. | | -2,500.00 | -131,591.26 |
| Bill Pmt -Check | 07/12/2024 | 17745 | A & B Labels & Print... | | -1,141.48 | -132,732.74 |
| Bill Pmt -Check | 07/12/2024 | 17748 | AAA COOPER TRA... | | -881.06 | -133,613.80 |
| Bill Pmt -Check | 07/12/2024 | 17750 | Protective Industrial ... | | -718.00 | -134,331.80 |
| Bill Pmt -Check | 07/12/2024 | 17749 | Sun City Propane, L... | | -349.46 | -134,681.26 |
| Bill Pmt -Check | 07/15/2024 | ACH | NOLAN | | -1,400.00 | -136,081.26 |
| Bill Pmt -Check | 07/15/2024 | ACH | FedEx | | -534.25 | -136,615.51 |
| Bill Pmt -Check | 07/15/2024 | ACH | Dorney Security Sys... | | -54.12 | -136,669.63 |
| Bill Pmt -Check | 07/17/2024 | ACH | Precision Textiles | | -10,000.00 | -146,669.63 |
| Liability Check | 07/19/2024 | E-pay | United States Treas... | | -4,784.74 | -151,454.37 |
| Liability Check | 07/22/2024 | To Print | Stuart C. Cox | | -955.00 | -152,409.37 |
| | | | Total Checks and Payments | | -152,409.37 | -152,409.37 |
| **Deposits and Credits - 17 items** | | | | | | |
| Deposit | 07/02/2024 | | | | 24,369.03 | 24,369.03 |
| Deposit | 07/03/2024 | | | | 1,544.40 | 25,913.43 |
| Deposit | 07/03/2024 | | | | 3,573.14 | 29,486.57 |
| Deposit | 07/03/2024 | | | | 30,993.88 | 60,480.45 |
| Deposit | 07/03/2024 | | | | 68,766.54 | 129,246.99 |
| Deposit | 07/05/2024 | | | | 664.20 | 129,911.19 |
| Deposit | 07/05/2024 | | | | 3,371.43 | 133,282.62 |
| Deposit | 07/05/2024 | | | | 114,445.89 | 247,728.51 |
| Deposit | 07/09/2024 | | | | 346.26 | 248,074.77 |
| Deposit | 07/09/2024 | | | | 4,508.72 | 252,583.49 |
| Deposit | 07/09/2024 | | | | 18,084.04 | 270,667.53 |
| Deposit | 07/11/2024 | | | | 5,472.17 | 276,139.70 |
| Deposit | 07/12/2024 | | | | 25,540.80 | 301,680.50 |
| Deposit | 07/15/2024 | | | | 3,627.56 | 305,308.06 |
| Deposit | 07/16/2024 | | | | 2,179.76 | 307,487.82 |
| Deposit | 07/16/2024 | | | | 9,744.89 | 317,232.71 |
| Deposit | 07/16/2024 | | | | 11,508.74 | 328,741.45 |
| | | | Total Deposits and Credits | | 328,741.45 | 328,741.45 |
| | | | Total New Transactions | | 176,332.08 | 176,332.08 |
| **Ending Balance** | | | | | **220,518.93** | **239,320.82** |



*Your Community Bank Since 1903*
PO Box AA • Artesia, NM 88211-7526

| Main Customer Number: | *******0342 |
|---|---|
| Statement Date: | 06/30/24 |
| Items Enclosed: | 0 |
| Page : | 1 |
| Cycle: | 30 |



00003180  TFBS9818070124110236  1 000000000 8061  3

MEXICAN MANUFACTURERS INC
6968 INDUSTRIAL BLVD BLDG B
EL PASO TX  79915

00003180 0015035 0001-0002

### Customer Service Information

**Customer Care:** 800-289-6140
**FIRST Line Telephone Banking:**
888-746-8300 or 575-746-8056
**Lost or Stolen Card:** 800-383-8000
**Email Inquiries:**  support@firstamb.com
**Visit Us Online:**  www.firstamericanbanknm.com
**Written Inquiries:**
P.O. Box AA, Artesia, NM  88211-7526

---

**A-1 MF EL PASO**  **Account Number:** *******0342

## Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 05/31/24** | **$948.39** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 06/30/24** | **$948.39** |
| Service Charges for Period | $0.00 |
| Number of Days in Statement Period | 30 |
| **Items Enclosed** | **0** |



# Mexican Manufacturers, Inc.
## Reconciliation Summary
### Money Market  Account, Period Ending 06/30/2024

|  | Jun 30, 24 |
| --- | --- |
| **Beginning Balance** | 948.39 |
| **Cleared Balance** | 948.39 |
| **Register Balance as of 06/30/2024** | 948.39 |
| **Ending Balance** | 948.39 |

11:45 AM

07/17/24

# Mexican Manufacturers, Inc.
## Reconciliation Detail
### Money Market  Account, Period Ending 06/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 948.39 |
| Cleared Balance | | | | | | 948.39 |
| Register Balance as of 06/30/2024 | | | | | | 948.39 |
| **Ending Balance** | | | | | | **948.39** |